IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **KOSHA, LLC; et al** | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CV:** 4:19-cv-00172-CDL |
| | ) | |
| **CLARENCE DEAN ALFORD;** | ) | |
|    et al | ) | |
|    Defendants. | ) | |

## NOTICE OF DISMISSAL OF
## DEFENDANT VERSANT FUNDING LLC

Plaintiffs through their undersigned counsel submit the following notice of dismissal without prejudice of Versant Funding, LLC pursuant to Rule 41(a)(1)(A)(i).

This 21st day of October, 2019.

1

        Respectfully submitted,

        */s/ Yawanna N. McDonald*
        Yawanna N. McDonald (*Admitted PHV*)
        (ASB 9372-B58T)
        Andrew P. Campbell (*Admitted PHV*)
        Erin G. Godwin (*Admitted PHV*)

**OF COUNSEL:**

**CAMPBELL PARTNERS, LLC**
505 20th Street North
Suite 1600
Birmingham, AL 35203
Tel: 205.224.0756
Fax: 205.383.2646
andy@campbellpartnerslaw.com
yawanna@campbellpartnerslaw.com
erin@campbellpartnerslaw.com


S. Lester Tate, III (GA 698835)
Akin & Tate Attorneys
11 S Public Square
Cartersville, GA 30120
tate@akin-tate.com
770-382-0780

## **Certificate of Service**

      I do hereby certify that I have on this 21st day of October, 2019, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other parties.

                                                  *Yawanna N. McDonald*
                                                      Of Counsel