# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **KOSHA, LLC; et al** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **v.** | )    **CV:** 4:19-cv-00172-CDL |
| | ) |
| **CLARENCE DEAN ALFORD;** | ) |
|     et al | ) |
|     **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT OF
## PLAINTIFF ARIYA PROPERTIES, LLC.

Plaintiff **ARIYA PROPERTIES**, **LLC**., ("Plaintiff") through its undersigned counsel, submits the following disclosure pursuant to Rule 87.1 of the Middle District Local Rules:

Ariya Properties, LLC., is a non-governmental corporate party. It is not a publicly owned company, as no other public company owns 10% or more of Ariya Properties, LLC., it does not own 10% or more of any other public company, and it does not have any parent corporations.

This 22nd day of October, 2019.

1

                        Respectfully submitted,

                        */s/ Yawanna N. McDonald*
                        Yawanna N. McDonald (*Admitted PHV*)
                        (ASB 9372-B58T)
                        Andrew P. Campbell (*Admitted PHV*)
                        Erin G. Godwin (*Admitted PHV*)

**OF COUNSEL:**

**CAMPBELL PARTNERS, LLC**
505 20th Street North
Suite 1600
Birmingham, AL 35203
Tel: 205.224.0756
Fax: 205.383.2646
andy@campbellpartnerslaw.com
yawanna@campbellpartnerslaw.com
erin@campbellpartnerslaw.com


S. Lester Tate, III (GA 698835)
Akin & Tate Attorneys
11 S Public Square
Cartersville, GA 30120
tate@akin-tate.com
770-382-0780

## Certificate of Service

I do hereby certify that I have on this 22nd day of October, 2019, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other parties.

*Yawanna N. McDonald*
Of Counsel
