UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC, et al.,

    Plaintiffs,

v.                                                Case No.: 4:19-cv-00172-CDL

CLARENCE DEAN ALFORD, et al.,

    Defendants.

_____/

## NOTICE OF LIMITED APPEARANCE OF COUNSEL

COMES NOW, JAMES C. EIDSON, ESQ., who gives this Notice of Limited Appearance of Counsel in this case on behalf of Defendant, CLARENCE DEAN ALFORD ("***Mr. Alford***"), for the sole purpose of appearing on behalf of Mr. Alford at the hearing scheduled for November 6, 2019 at 2:00 p.m. on Plaintiffs' Application for Writ of Seizure or Attachment (Doc. 18). In this regard, it is respectfully requested that copies of all pleadings, notices, orders, and other documents filed herein be served upon James C. Eidson, Esq., THE EIDSON LAW FIRM, P.A., 401 Rusmor Street, Orange Park, Florida 32073 (email: james@eidsonlawfirm.com).

Respectfully submitted this 6th day of October, 2019.

THE EIDSON LAW FIRM, P.A.

By: */s/ James C. Eidson*
JAMES C. EIDSON, Esq.
Florida Bar No.: 47695
401 Rusmor Street
Orange Park, FL 32073
Telephone: (904) 990-8080
Facsimile: (904) 990-1768
james@eidsonlawfirm.com

## **CERTIFICATE OF SERVICE**

    I HEREBY certify that on this 6th day of November, 2019, a true and correct copy of the foregoing Notice of Limited Appearance of Counsel was furnished electronically to all interested parties through the Court's CM/ECF system.

                                        */s/ James C. Eidson*
                                        James C. Eidson, Esq.