# Exhibit B

AFFIDAVITS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al                    )
                                     )
        Plaintiffs,                  )
                                     )
v.                                   )      CV: 4:19-cv-00172-CDL
                                     )
CLARENCE DEAN ALFORD;                )
        et al                        )
        Defendants.                  )

---

## AFFIDAVIT OF KAMLESH PATEL FOR KOSHA LLC, IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.      My name is Kamlesh N. Patel ( On behalf of Kosha LLC) , I am over the age of 18 and competent to testify to the matters set forth herein.

2.      On 12/12/2018, I invested $500,000.00 in Allied Energy Services LLC's Augusta waste to energy LLC.    Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

1

3.     On 2/18/2019, I invested $500,000.00 in Allied Energy Services LLC's Solar project.   Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

4.     To date, Allied is indebted to me in the amount of total $1,000,000 plus interest.

Further affiant sayeth not.

_Kamlesh N. Patel_

Kamlesh N. Patel ( For Kosha LLC)

STATE OF _Georgia_

COUNTY OF _Muscogee_

The foregoing instrument was subscribed, sworn to and acknowledged before me this 1st day of November 2019.

_Sandy Gillikin_

Notary Public

```
SANDY GILLIKIN
NOTARY PUBLIC
MUSCOGEE COUNTY, GEORGIA
MY COMMISSION EXPIRES 05-28-2023
```

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **KOSHA, LLC; et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CV:** 4:19-cv-00172-CDL |
| | ) | |
| **CLARENCE DEAN ALFORD;** | ) | |
| **et al** | ) | |
| **Defendants.** | ) | |

---

## AFFIDAVIT OF ROSHAN AMIN ON BEHALF OF DYNAMIC AES, LLC IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Roshan Amin and I am a managing member of Dynamic AES, LLC. I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On April 12, 2018 and June 1, 2018, Dynamic AES, LLC invested $350,000 and $175,000 respectively in Allied Energy Services LLC's Augusta Waste to Energy Project as a short term note. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

1

3.    To date, Allied is indebted to me in the amount of $525,000 plus interest.

Further affiant sayeth not.

_____
Roshan Amin

STATE OF _Tennessee_

COUNTY OF _Hamilton_

The foregoing instrument was subscribed, sworn to and acknowledged before me this 5th day of November 2019.

_____
Notary Public

CHARLES HODGES
STATE OF TENNESSEE
NOTARY PUBLIC
HAMILTON COUNTY
My Commission Expires 08-07-2021

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
| et al | ) | |
| Defendants. | ) | |

---

## AFFIDAVIT OF ROSHAN AMIN ON BEHALF OF DYNAMIC W2E 12, LLC IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.      My name is Roshan Amin and I am a managing member of Dynamic W2E 12, LLC. I am over the age of 18 and competent to testify to the matters set forth herein.

2.      On July 6, 2018, September 6, 2018, and December 18, 2018, Dynamic W2E 12, LLC invested $450,000, $115,000, and $825,000 respectively in Allied Energy Services LLC's Augusta Waste to Energy Project as a short term note. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

1

3.    To date, Allied is indebted to me in the amount of $1,390,000 plus interest.

Further affiant sayeth not.

_____
Roshan Amin

STATE OF _Tennessee_

COUNTY OF _Hamilton_

The foregoing instrument was subscribed, sworn to and acknowledged before me this 5th day of November 2019.

_____
Notary Public

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
| et al | ) | |
| Defendants. | ) | |

---

## AFFIDAVIT OF [AMIRTHALINGADOSS SHANMUGAVELU] IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

    1.     My name is [Amirthalingadoss Shanmugavelu] I am over the age of 18 and competent to testify to the matters set forth herein.

    2.     On [12/18/2018], I invested [$ 50,000] in Allied Energy Services LLC's [Waste Project]. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

    3.     On [03/26/2019], I invested [$ 100,000] in Allied Energy Services LLC's [Solar Project]. Allied's primary agent Dean Alford has absconded and/or

1

concealed himself from my attempts to collect. I wired the funds to Allied Energy

Services LLC's Bank of America account ending 8409

    4.    To date, Allied is indebted to me in the amount of [$ 150,000] plus

interest.

Further affiant sayeth not.

[Amirthalingadoss Shanmugavelu]

STATE OF _AL_____

COUNTY OF _Lee_____

    The foregoing instrument was subscribed, sworn to and acknowledged

before me this 4th day of November 2019.

Notary Public



2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GE        IA
COLUMBUS DIVISION

KOSHA, LLC; et al           )
                            )
       Plaintiffs,          )
                            )
v.                          )        CV: 4:19-cv-00172-CDL
                            )
CLARENCE DEAN ALFORD;       )
       et al                )
       Defendants.          )

---

## AFFIDAVIT OF ASHKA PATEL IN SUPPORT OF ATTACHMENT

Before the undersigned appeared being duly sworn states as follows:

1.     My name is Ashka Patel. I am over the age of 18 and competent to testify to the matters set forth herein.

2.     On February 14, 2019, I invested $50,000 in Allied Energy Services LLC's Solar Project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.     To date, Allied is indebted to me in the amount of $50,000 plus interest.

Further affiant sayeth not.

1

_____
Ashka Patel

STATE OF _Georgia_____

COUNTY OF _Muscogee_____

     The foregoing instrument was subscribed, sworn to and acknowledged before me this 4ᵗʰ day of November 2019.

_____
Notary Public

```
SANDY GILLIKIN
NOTARY PUBLIC
MUSCOGEE COUNTY, GEORGIA
MY COMMISSION EXPIRES 05-28-2023
```

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al                    )
                                     )
       Plaintiffs,                   )
                                     )
v.                                   )          CV: 4:19-cv-00172-CDL
                                     )
CLARENCE DEAN ALFORD;                )
       et al                         )
       Defendants.                   )

---

**AFFIDAVIT OF GAUTAM CHEBROLU IN SUPPORT OF ATTACHMENT**

---

Before the undersigned appeared being duly sworn states as follows:

1.      My name is Gautam Chebrolu I am over the age of 18 and competent to testify to the matters set forth herein.

2.      On December 18th 2018, I invested $100,000.00 in Allied Energy Services LLC's Waste to Energy project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.      To date, Allied is indebted to me in the amount of $100,000.00 plus interest.

Further affiant sayeth not.

1

_Gautam Chebrolu_

STATE OF _Georgia_

COUNTY OF _Muscogee_

The foregoing instrument was subscribed, sworn to and acknowledged before

me this 4th day of November 2019.

Notary Public

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
|    et al | ) | |
|    Defendants. | ) | |

---

## AFFIDAVIT OF MALINI RADHAKRISHNAN IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Malini Radhakrishnan I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On February 14, 2019, I invested $ 50,000 in Allied Energy Services LLC's Solar Project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount of $ 50,000 plus interest.

Further affiant sayeth not.

_Malini Radhakrishnan_
Malini Radhakrishnan

STATE OF _Georgia_

COUNTY OF _Muscogee_

 The foregoing instrument was subscribed, sworn to and acknowledged before me this 4th day of November 2019.

Notary Public

JIMMIE L. MURRAY
NOTARY
EXPIRES
GEORGIA
SEPT. 17, 2023
PUBLIC
MUSCOGEE COUNTY

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al          )
                             )
    Plaintiffs,        )
                             )
v.                    )     CV: 4:19-cv-00172-CDL
                             )
CLARENCE DEAN ALFORD;   )
    et al                 )
    Defendants.       )

## AFFIDAVIT OF [LAKSHMANA KROTTAPALLI] IN SUPPORT OF ATTACHMENT

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Lakshmana Krottapalli I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On 12/17/2018, I invested $50,000 in Allied Energy Services LLC's Waste to Energy project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending $409.

3.    On 02/15/2019, I invested $50,000 in Allied Energy Services LLC's Solar project. Allied's primary agent Dean Alford has absconded and/or concealed

1

himself from my attempts to collect. I wired the funds to Allied Energy Services
LLC's Bank of America account ending 8409.

4. To date, Allied is indebted to me in the amount of $100,000 investment
amount plus interest.

Further affiant sayeth not.

K. Colgihmasha laum
Lakshmana Krottapalli

STATE OF _uuu Baded_

COUNTY OF _Notls  C.b rhjaEup)ralsa_

The foregoing instrument was subscribed, sworn to and acknowledged before
me this _8_ day of November 2019.



Notary Public

ATTESTED

RAMBIR SHARMA
Advocate (Notary)
Gautam Budh Nagar

0 4 NOV 2019

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

KOSHA, LLC; et al          )
                              )
      Plaintiffs,          )
                              )
v.                            )     CV: 4:19-cv-00172-CDL
                              )
CLARENCE DEAN ALFORD;    )
    et al                   )
    Defendants.        )

## AFFIDAVIT OF MAY PARTNERS LLC IN SUPPORT OF ATTACHMENT

Before the undersigned appeared being duly sworn states as follows:

- My name is Vipul Amin, I am over the age of 18 and competent to testify to the matters set forth herein.

- On December 12, 2019, I invested $100,000.00 in Allied Energy Services LLC's energy project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

- To date, Allied is indebted to me in the amount of $100,000.00 plus interest.

Further affiant sayeth not.

                                    / 11·05·19
                                Vipul Amin

STATE OF _Alabama_

1

COUNTY OF _Etowah_

     The foregoing instrument was subscribed, sworn to and acknowledged before me this

_5_ day of November 2019.

_____<br>
Notary Public

MY COMMISSION EXPIRES 7/10/2022

DEENA SCOTT<br>
NOTARY<br>
PUBLIC<br>
ALABAMA STATE AT LARGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
| et al | ) | |
| Defendants. | ) | |

---

## AFFIDAVIT OF SACHIN V. PHADE (NEXT FRIEND OF VIJAYKUMAR R. PHADE) IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Sachin V. Phade, Son of and Next Friend of Vijaykumar R. Phade. I am over the age of 18 and am competent to testify to the matters set forth herein.

2.    On April 30, 2019, Vijaykumar R. Phade invested $25,000 in Allied Energy Services LLC's Solar Farm Development. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I mailed the funds to Allied Energy Services LLC and received email confirmation of receipt on May 4, 2019. The funds were deposited into Allied Energy Services LLC Bank of America account ending 8409.

1

3.    To date, Allied is indebted to me in the amount of $25,000 plus interest.

Further affiant sayeth not.

_____
Sachin V. Phade

(Next Friend for Vijaykumar R. Phade)


STATE OF _Tennessee_

COUNTY OF _Hamilton_

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4th day of November 2019.

_____
Notary Public

My Commission Expires
March 7, 2021

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al           )
                                   )
     Plaintiffs,        )
                                   )
v.                         )     CV: 4:19-cv-00172-CDL
                                   )
CLARENCE DEAN ALFORD;        )
     et al                  )
     Defendants.       )

---

## AFFIDAVIT OF SACHIN V. PHADE (NEXT FRIEND OF ANISHA S. PHADE) IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Sachin V. Phade, Father and Next Friend of Anisha S. Phade. I am over the age of 18 and am competent to testify to the matters set forth herein.

2.    On April 30, 2019, Anisha S. Phade invested $25,000 in Allied Energy Services LLC's Solar Farm Development. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I mailed the funds to Allied Energy Services LLC and received email confirmation of receipt on May 4, 2019. The funds were deposited into Allied Energy Services LLC Bank of America account ending 8409.

1

3.    To date, Allied is indebted to me in the amount of $25,000 plus interest.

Further affiant sayeth not.

_____
Sachin V. Phade

(Guardian and Next Friend for Anisha S. Phade)

STATE OF _Tennessee_____

COUNTY OF _Hamilton_____

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4th day of November 2019.

_____
Notary Public

My Commission Expires
March 7, 2021

BARRETT DAVIS
STATE
OF
TENNESSEE
NOTARY
PUBLIC
HAMILTON COUNTY

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
| et al | ) | |
| Defendants. | ) | |

---

## AFFIDAVIT OF SACHIN V. PHADE (NEXT FRIEND OF AMIYA S. PHADE) IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.      My name is Sachin V. Phade, Father and Next Friend of Amiya S. Phade. I am over the age of 18 and am competent to testify to the matters set forth herein.

2.      On April 30, 2019, Amiya S. Phade invested $25,000 in Allied Energy Services LLC's Solar Farm Development. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I mailed the funds to Allied Energy Services LLC and received email confirmation of receipt on May 4, 2019. The funds were deposited into Allied Energy Services LLC Bank of America account ending 8409.

1

3.     To date, Allied is indebted to me in the amount of $25,000 plus interest.

Further affiant sayeth not.

_____
Sachin V. Phade

(Guardian and Next Friend for Amiya S. Phade)


STATE OF _Tennessee_

COUNTY OF _Hamilton_

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4th day of November 2019.

_____
Notary Public

My Commission Expires
March 7, 2021

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al )
)
    Plaintiffs, )
)
v. )     CV: 4:19-cv-00172-CDL
)
CLARENCE DEAN ALFORD; )
    et al )
    Defendants. )

---

## AFFIDAVIT OF NITIN R. DESAI IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

    1.    My name is Nitin R. Desai I am over the age of 18 and competent to testify to the matters set forth herein.

    2.    On February 14, 2019, Bhavna N. Desai and I collectively invested $50,000 in Allied Energy Services LLC's Solar Energy Project. Allied's primary agent Dean Alford has absconded and/or concealed himself from our attempts to collect. We wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

    3.    To date, Allied is indebted to us in the amount of $50,000 plus interest.

1

Further affiant sayeth not.

_____
Nitin R. Desai

STATE OF __Georgia__

COUNTY OF __Muscogee__

The foregoing instrument was subscribed, sworn to and acknowledged before me this 5th day of November 2019.

_____
Notary Public

My Commission
Expires on 8-15-1921.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
|     et al | ) | |
|     Defendants. | ) | |

## AFFIDAVIT OF PIYUSH B. PATEL IN SUPPORT OF ATTACHMENT

Before the undersigned appeared being duly sworn states as follows:

    1.    My name is PIYUSH B. PATEL I am over the age of 18 and competent to testify to the matters set forth herein.

    2.    On 12/17/2018, I invested $100,000 in Allied Energy Services LLC's AUGUSTA WASTE PROJECT. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

    3.    To date, Allied is indebted to me in the amount of $100,000 plus interest.

1

Further affiant sayeth not.

_____
[PIYUSH B. PATEL]

STATE OF _Georgia_

COUNTY OF _Muscogee_

    The foregoing instrument was subscribed, sworn to and acknowledged

before me this 4 day of November 2019.

**Parul Patel**
**NOTARY PUBLIC**
**Muscogee County, GEORGIA**
**My Comm. Expires 03/24/2021**

_Parul Patel_
Notary Public

2



Parul Patel
NOTARY PUBLIC
Muscogee County, GEORGIA
My Comm. Expires 03/24/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
| et al | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF PIYUSH PATEL IN SUPPORT OF ATTACHMENT

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Piyush Patel I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On 02/14/2019, I invested $100,000 in Allied Energy Services LLC's Solar Project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount of $100,000 plus interest.

1

Further affiant sayeth not.

_____
[Piyush Patel]


STATE OF _Georgia_

COUNTY OF _Muscogee_

    The foregoing instrument was subscribed, sworn to and acknowledged

before me this _4_ day of November 2019.

_Parul Patel._
Notary Public

Parul Patel
NOTARY PUBLIC
Muscogee County, GEORGIA
My Comm. Expires 03/24/2021

Parul Patel
NOTARY PUBLIC
Muscogee County, GEORGIA
My Comm. Expires 03/24/2021

2



Patul Patel
NOTARY PUBLIC
Muscogee County GEORGIA
My Comm. Expires 03/04/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al

    Plaintiffs,

v.                        CV: 4:19-cv-00172-CDL

CLARENCE DEAN ALFORD;
   et al
   Defendants.

---

## AFFIDAVIT OF RAJENDRAN ALAPPAN IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

    1.     My name is Rajendran Alappan. I am over the age of 18 and competent to testify to the matters set forth herein.

    2.     On 12/18/2018, I invested $ 50000 in Allied Energy Services LLC's solid waste fuel. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

    3.     To date, Allied is indebted to me in the amount of $ 50000 plus interest.

Further affiant sayeth not.

                               Rajendran Alappan

1

STATE OF GEORGIA

COUNTY OF MUSCOGEE

     The foregoing instrument was subscribed, sworn to and acknowledged before me this 4 day of November 2019.

Notary Public

Expires 04/22/2021

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al                    )
                                     )
        Plaintiffs,                  )
                                     )
v.                                   )        CV: 4:19-cv-00172-CDL
                                     )
CLARENCE DEAN ALFORD;                )
        et al                        )
        Defendants.                  )

---

## AFFIDAVIT OF [RANI CHEBROLU] IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.      My name is [Rani Chebrolu] I am over the age of 18 and competent to testify to the matters set forth herein.

2.      On Feb 14 2018, I invested [$ 100,000.00 in Allied Energy Services LLC's Solar  . Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.      To date, Allied is indebted to me in the amount of [$ 100,000.00] plus interest.

Further affiant sayeth not.

1

_(signature)_

Rani Chebrolu

STATE OF _Georgia_

COUNTY OF _Muscogee_

The foregoing instrument was subscribed, sworn to and acknowledged before

me this 2 day of November 2019.

_(signature)_

Notary Public

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al                     )
                                      )
    Plaintiffs,                   )
                                      )
v.                                    )      CV: 4:19-cv-00172-CDL
                                      )
CLARENCE DEAN ALFORD;                 )
    et al                         )
    Defendants.                   )

---

## AFFIDAVIT OF SAMHITHA MEDATIA IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

    1.    My name is Samhitha Medatia I am over the age of 18 and competent to testify to the matters set forth herein.

    2.    On May 1, 2018, I provided a $25,000 loan to Allied Energy Services LLC. The principal balance, together with all accrued but unpaid interest thereon, was due and payable in full in a single balloon payment by October 31, 2018. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect.

    3.    On October 15, 2018, I provided a $25,000 loan to Allied Energy Services LLC. The principal balance, together with all accrued but unpaid interest

1

thereon, was due and payable in full in a single balloon payment by October 14, 2019. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect.

4. To date, Allied is indebted to me in the amount of $50,000 plus interest. Further affiant sayeth not.

Samhitha Medatia

STATE OF _Georgia_

COUNTY OF _Fulton_

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4th day of November 2019.

Erica L. Campbell
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al

    Plaintiffs,

v.                        CV: 4:19-cv-00172-CDL

CLARENCE DEAN ALFORD;
    et al
    Defendants.

---

## AFFIDAVIT OF RAJEEV CHAUHAN IN SUPPORT OF ATTACHMENT

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Rajeev Chauhan. I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On 12/18/2018, I invested $ 50000 in Allied Energy Services LLC's solid waste fuel. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount of $ 50000 plus interest.

Further affiant sayeth not.

                                            _Rajeev Chauhan_

1

STATE OF GEORGIA

COUNTY OF MUSCOGEE

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4 day of November 2019.

Beverly F. Reynolds
Notary Public
Expires 04/22/2021

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al

    Plaintiffs,

v.                         CV: 4:19-cv-00172-CDL

CLARENCE DEAN ALFORD;
    et al
    Defendants.

---

## AFFIDAVIT OF TAMORIE SMITH IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Tamorie Smith I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On 12/18/2018, I invested $ 50000 in Allied Energy Services LLC's solid waste fuel. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount of $ 50000 plus interest.

Further affiant sayeth not.

1

_Tamorie Smith_

STATE OF GEORGIA

COUNTY OF MUSCOGEE

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4 day of November 2019.

_Beverly F Reynolds_
Notary Public
Expires 04/22/2021

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al

    Plaintiffs,

v.                   CV: 4:19-cv-00172-CDL

CLARENCE DEAN ALFORD;
   et al
   Defendants.

---

### AFFIDAVIT OF VINAYAK RAMANATH IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Vinayak Ramanath. I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On 12/18/2018, I invested $ 50000 in Allied Energy Services LLC's solid waste fuel. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount of $ 50000 plus interest.

Further affiant sayeth not.

                           Vinayak Ramanath

1

STATE OF GEORGIA

COUNTY OF MUSCOGEE

    The foregoing instrument was subscribed, sworn to and acknowledged before

me this 4 day of November 2019.



Beverly F Reynolds
Notary Public

Expires 04/22/2021

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **KOSHA, LLC; et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CV: 4:19-cv-00172-CDL** |
| | ) | |
| **CLARENCE DEAN ALFORD;** | ) | |
| **et al** | ) | |
| **Defendants.** | ) | |

---

**AFFIDAVIT OF FERDINAND ALCAIDE IN SUPPORT OF
ATTACHMENT**

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Ferdinand Alcaide I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On December 18, 2018, I invested $50,000 in Allied Energy Services LLC's Solid Waste Fuel Project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount of $50,000 plus interest.

Further affiant sayeth not.

1

_Ferdinand Alcaide_
Ferdinand Alcaide

STATE OF _Georgia_

COUNTY OF _Muscogee_

The foregoing instrument was subscribed, sworn to and acknowledged before me this _4th_ day of November 2019.

_Beverly F Reynolds_
Notary Public
Expires: 04/22/2021

BEVERLY F. REYNOLDS
NOTARY
EXPIRES
GEORGIA
APRIL 22, 2021
PUBLIC
HARRIS COUNTY, GA

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

SANTHI ADIGOPULA; et al )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )    CV: 4:19-cv-00172-CDL
                                    )
CLARENCE DEAN ALFORD;               )
        et al                       )
        Defendants.                 )

---

## AFFIDAVIT OF SANTHI ADIGOPULA IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Santhi Adigopula I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On 29th December 2018, I invested $50,000 in Allied Energy Services LLC's "Municipal Solid Waste To Liquid Fuel and Bio Char". Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount of $50000 plus interest. Further affiant sayeth not.

1

_____
Santhi Adigopula

STATE OF Virginia
~~COUNTY~~ City of Virginia Beach

 The foregoing instrument was subscribed, sworn to and acknowledged before

me this 4th day of November 2019.

_____
Notary Public

SADE LA'CHEL DOTSON
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JAN. 31, 2022
COMMISSION # 7599340

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

|                                    |   |                          |
|------------------------------------|---|--------------------------|
| KOSHA, LLC; et al                  | ) |                          |
|                                    | ) |                          |
|    Plaintiffs,      | ) |                          |
|                                    | ) |                          |
| v.                                 | ) | CV: 4:19-cv-00172-CDL    |
|                                    | ) |                          |
| CLARENCE DEAN ALFORD;              | ) |                          |
|    et al            | ) |                          |
|    Defendants.      | ) |                          |

---

## AFFIDAVIT OF SHANKAR THIRUPPATHI IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.  My name is SHANKAR THIRUPPATHI I am over the age of 18 and competent to testify to the matters set forth herein.

2.  On FEBRUARY 26, 2019, I invested $50,000 in Allied Energy Services LLC's SOLAR ENERGY PROJECT. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.  To date, Allied is indebted to me in the amount of $50,000 plus interest.

1

Scanned with CamScanner

Further affiant sayeth not.

_____
SHANKAR THIRUPPATHI

STATE OF Georgia

COUNTY OF Muscogee

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4 day of November 2019.

_____
Notary Public



2

**Scanned with CamScanner**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al                           )
                                            )
    Plaintiffs,                             )
                                            )
v.                                          )     CV: 4:19-cv-00172-CDL
                                            )
CLARENCE DEAN ALFORD;   )
    et al                                   )
    Defendants.                             )

---

### AFFIDAVIT OF SURESH NUKALA IN SUPPORT OF ATTACHMENT

Before the undersigned appeared being duly sworn states as follows:

      1.    My name is Suresh Nukala I am over the age of 18 and competent to testify to the matters set forth herein.

      2.    On 02/15/2019, I invested $100,000 in Allied Energy Services LLC's Solar energy project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

      3.    To date, Allied is indebted to me in the amount of $100,000 plus interest.

Further affiant sayeth not.

_____
Suresh Nukala

STATE OF _Georgia_
COUNTY OF _Muscogee_

The foregoing instrument was subscribed, sworn to and acknowledged before me this 5 day of November 2019.

_____
Notary Public

Muscogee County, Georgia
Notary Public
Connie M Flannigan
My Commission Expires 9/25/2022

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
| et al | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF VIBHUTI ANSAR IN SUPPORT OF ATTACHMENT

Before the undersigned appeared being duly sworn states as follows:

1.   My name is Vibhuti Ansar I am over the age of 18 and competent to testify to the matters set forth herein.

2.   On Feb.18th, 2019, I invested $50,000 in Allied Energy Services LLC's Solar Energy Bid Project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.   To date, Allied is indebted to me in the amount of [$50,000 plus interest.

Further affiant sayeth not.

_____
Vibhuti Ansar

STATE OF _Georgia_

COUNTY OF _Muscogee_

The foregoing instrument was subscribed, sworn to and acknowledged before me this _4_ day of November 2019.

_____
Notary Public

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

KOSHA, LLC; et al         )
                       )
       Plaintiffs,      )
                       )
v.                    )     CV: 4:19-cv-00172-CDL
                       )
CLARENCE DEAN ALFORD;  )
     et al               )
     Defendants.     )

## AFFIDAVIT OF VRAJ PATEL IN SUPPORT OF ATTACHMENT

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Vraj Patel. I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On February 14, 2019, I invested $50,000 in Allied Energy Services LLC's Solar Project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount of $50,000 plus interest.

Further affiant sayeth not.

1

*Patel*
_____
Vraj Patel

STATE OF Georgia

COUNTY OF Muscogee

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4th day of November 2019.

*Sandy Gillikin*
_____
Notary Public

> SANDY GILLIKIN
> NOTARY PUBLIC
> MUSCOGEE COUNTY, GEORGIA
> MY COMMISSION EXPIRES 05-28-2023

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al         )
                               )
     Plaintiffs,         )
                               )
v.                        )     CV: 4:19-cv-00172-CDL
                               )
CLARENCE DEAN ALFORD;   )
     et al                 )
     Defendants.      )

---

## AFFIDAVIT OF VEENA HARISH IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.     My name is Veena Harish I am over the age of 18 and competent to testify to the matters set forth herein.

2.     On December 20, 2018, I invested $50,000 in Allied Energy Services LLC's Augusta Waste to Energy Project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.     On February 19, 2019, I invested $50,000 in Allied Energy Services LLC's Solar Energy Project. Allied's primary agent Dean Alford has absconded

1

and/or concealed himself from my attempts to collect. I wired the funds to Allied

Energy Services LLC's Bank of America account ending 8409.

4.     To date, Allied is indebted to me in the amount of $100,000 plus

interest.

Further affiant sayeth not.

_____
                                              VEENA HARISH


STATE OF _Georgia_

COUNTY OF _Muscogee_

The foregoing instrument was subscribed, sworn to and acknowledged before

me this _2_ day of November 2019.

_____
Notary Public

```
KIMBERLY JOY DUNNIVAN
Notary Public - State of Georgia
Muscogee County
My Commission Expires Sep 23, 2022
```

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

FALGUN PATEL FOR
CRANE PROPERTIES, LLC;
   et al    )
          )
  Plaintiffs,   )
          )  CV: 4:19-cv-00172-CDL
v.         )
          )
CLARENCE DEAN ALFORD; )
  et al     )
  Defendants.   )

**AFFIDAVIT OF FALGUN PATEL FOR CRANE PROPERTIES, LLC
IN SUPPORT OF ATTACHMENT**

Before the undersigned appeared being duly sworn states as follows:

- My name is FALGUN PATEL, as managing partner of Crane Properties, LLC, I am over the age of 18 and competent to testify to the matters set forth herein.

- On September 24, 2018, Crane Properties, LLC invested $250,000 in Allied Energy Services LLC's Waste to Energy project at Augusta, Georgia. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied

1

Energy Services LLC's Bank of America account ending 8409.

- To date, Allied is indebted to me in the amount of $250,000 plus

interest.

Further affiant sayeth not.

_____        Falgun  Patel,  on  behalf  of
              Crane                      Properties, LLC


STATE OF _Georgia_

COUNTY OF _Hall_

The  foregoing  instrument  was  subscribed,  sworn  to  and

acknowledged before me this _4_ day of November 2019.

_Karen Beard_

Notary Public

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
| et al | ) | |
| Defendants. | ) | |

---

## AFFIDAVIT OF MUKESH KUMAR IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Mukesh Kumar I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On February 13, 2019, I invested $250,000 in Allied Energy Services LLC's Waste to Energy. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I tendered the funds through a cashier's check paid to the order of Allied Energy Services, LLC.

3.    To date, Allied is indebted to me in the amount of $250,000 plus interest.

Further affiant sayeth not.

1

_[Mukesh Kumar]_

STATE OF _Georgia_

COUNTY OF _Muscogee_

    The foregoing instrument was subscribed, sworn to and acknowledged before

me this 5 day of November 2019.

_Connie M Flannigan_
Notary Public

Muscogee County, Georgia
Notary Public
Connie M Flannigan
My Commission Expires 9/25/2022

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| Hema Raju & SAAS LLC; et al | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
|     et al | ) | |
|     Defendants. | ) | |

---

## AFFIDAVIT OF ADITYA REDDY IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Aditya Reddy I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On December 12th 2018, I invested $250,000.00 (Two Hundred and Fifty Thousand dollars) in Allied Energy Services LLC's (Augusta Waste-to-Energy Project). Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount $250,000.00 (Two Hundred and Fifty Thousand dollars) plus interest.

1

Further affiant sayeth not.

_____
Aditya Reddy

STATE OF _Georgia_

COUNTY OF _Muscogee_

     The foregoing instrument was subscribed, sworn to and acknowledged before me this 4ᵗʰ day of November 2019.

_____
Notary Public

SANDY GILLIKIN
NOTARY PUBLIC
MUSCOGEE COUNTY, GEORGIA
MY COMMISSION EXPIRES 05-28-2023

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

KOSHA, LLC; et al )
)
    Plaintiffs, )
)
v. )    CV: 4:19-cv-00172-CDL
)
CLARENCE DEAN ALFORD; )
    et al )
    Defendants. )

---

## AFFIDAVIT OF VENKAT SUNIL CHENNUR IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Venkat Sunil Chennur, I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On Dec 13th 2018, I invested $ 50,000 in Allied Energy Services LLC's Augusta Waste-to-Energy, LLC. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    To date, Allied is indebted to me in the amount of $ 50,000 plus interest. Further affiant sayeth not.

_(signature)_

_Venkat Sunil Chennur_

STATE OF _Georgia_

COUNTY OF _Harris County_

The foregoing instrument was subscribed, sworn to and acknowledged before

me this 5 day of November 2019.

_(signature)_
Notary Public

MY COMMISSION EXPIRES
APRIL 11 , 2022

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al                    )
                                     )
    Plaintiffs,                   )
                                     )
v.                                   )    CV: 4:19-cv-00172-CDL
                                     )
CLARENCE DEAN ALFORD;                )
    et al                        )
    Defendants.                  )

---

## AFFIDAVIT OF VENKATACHALAM KANNAPPAN IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

1.    My name is Venkatachalam Kannappan I am over the age of 18 and competent to testify to the matters set forth herein.

2.    On December 13, 2018, I invested $50,000.00 in Allied Energy Services LLC's Augusta Waste to Energy Project. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

3.    On February 14, 2019, I invested $100,000.00 in Allied Energy Services LLC's Georgia Power Solar Farm Project. Allied's primary agent Dean

1

Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

4.      To date, Allied is indebted to me in the amount of $150,000.00 plus interest.

Further affiant sayeth not.

_____
Venkatachalam Kannappan

STATE OF Georgia

COUNTY OF Muscogee

The foregoing instrument was subscribed, sworn to and acknowledged before me this 4th day of November 2019.

_____
Notary Public

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC; et al )
)
    Plaintiffs, )
)
v. )   CV: 4:19-cv-00172-CDL
)
CLARENCE DEAN ALFORD; )
    et al )
    Defendants. )

---

## AFFIDAVIT OF SWAMISHAKTI, LLC. IN SUPPORT OF ATTACHMENT

---

Before the undersigned appeared being duly sworn states as follows:

    1.    My name is Jatin Pithadia (Member of SWAMISHAKTI, LLC). I am over the age of 18 and competent to testify to the matters set forth herein.

    2.    On December, 12 2018, SWAMISHKTI, LLC. invested $250,000.00 in Allied Energy Services LLC's WASTE TO ENERGY Augusta, GA. Allied's primary agent Dean Alford has absconded and/or concealed himself from my attempts to collect. I wired the funds to Allied Energy Services LLC's Bank of America account ending 8409.

1

3.    To date, Allied is indebted to me in the amount of $ 250,000.00

plus interest.

Further affiant sayeth not.

_____

Jatin Pithadia (Member, Swamishakti, LLC.)


STATE OF _Georgia_

COUNTY OF _Muscogee_

The foregoing instrument was subscribed, sworn to and acknowledged

before me this 5 day of November 2019.

_____
Notary Public

2