# DEMANDS

To,

Mr. C. Dean Alford
Allied Energy Services, LLC
1506 Klondike Road Suite 105
Conyers, Georgia 30012

From,

Venkat Sunil Chennur
~~[redacted]~~
Columbus, GA 31909

RE: Default of Negotiable Note by and between Venkat Sunil Chennur and Allied Energy Services, LLC dated December 13, 2018 ("Note")

Dear Mr. Alford:

We entered into the above-referenced Notes with quarterly interest payments and payable date of July 31, 2019. We have been in communications as to the status of the interest payment for Quarter 2 of 2019 and principal amount. You have informed me that I should receive such interest payments and payment of principal any day now for several weeks but still have not received payment as of October 4, 2019.

Under Section (5) Subsection (a) of the Note, an event of default occurs when the Borrower shall fail to pay any amounts which shall become due and payable to Holder under the above-referenced Note, whether at the Maturity Date or any accelerated date of maturity or at any time fixed for payment, including but not limited to quarterly interest payments.

Since I still have not received my interest payment for Quarter 2 of 2019 and repayment of principal, I am invoking the above-referenced clause which requires the entire unpaid balance of this Note outstanding, together with accrued unpaid interest therein become immediately due and payable upon written notice from Holder.

I expect prompt payment in full of $50,000 principal via wire transfer or ACH, including interest through the date of payment as well as on the interest from Q2 and Q3 of 2019 no later than October 15, 2019. If I do not receive payment in full by this date, this matter will be immediately escalated, and I will have to take a legal remedy to recover the funds as outlined in Section 7 of the Note.

"Additionally, I have not received confirmation of mailing of said payment, nor any follow-up correspondence advising when the payment shall be received."

If you have any additional questions, please feel free to contact me.

Sincerely,

*[signature]* 10/4/19

Venkat Sunil Chennur
Columbus, GA
Date: 10/04/2019



Columbus, GA 31904

Allied Energy Services LLC
C.Dean Alford
1506 Klondike rd Suite 105
Conyers GA 30012

Dear Mr.C.Dean Alford

This Nitin and Bhavna Desai. We gave $50,000 as loan on 2-14-19. We are not receiving any interest on this note.And we are in need of money so please mail the check as soon as possible ($50,000+15% interest$2750.00) $52750.00.

I will appreciate if you can send the money as soon as possible.

Thanks

Nitin R Desai and Bhavna N desai

Mr. C. Dean Alford

Allied Energy Services, LLC

1506 Klondike Road Suite 105

Conyers, Georgia 30012

**RE: Default of Negotiable Note (the "Note") by and between Veena Harish and Allied Energy Services, LLC dated February 2019 (Solar Energy project)**

Dear Mr. Alford:

We entered into the above-referenced Notes with quarterly interest payments and payable "no later than Fifteenth (15th) day of the month after the end of each calendar quarter". We have been in communications as to the status of the interest payment for Quarter 2 of 2019 (April 1st – June 30Th period) and accordingly, it is due on July 15, 2019. You have informed me that I should receive such interest payments and payment of principal any day now for several weeks but still have not received payment as of October 3, 2019.

Under Section (4) Subsection (a) of the Note, an event of default occurs when the Borrower shall fail to pay any amounts which shall become due and payable to Holder under the above-referenced Note, whether at the Maturity Date or any accelerated date of maturity or at any time fixed for payment, including but not limited to quarterly interest payments.

Since I still have not received my interest payment for Quarter 2 of 2019, I am invoking the above-referenced clause which requires the entire unpaid balance of this Note outstanding, together with accrued unpaid interest therein become immediately due and payable upon written notice from Holder.

I expect prompt payment in full of $50,000 principal and the accrued interest from beginning of 2nd quarter (April 1st, 2019) through the date of payment as well as on the interest from Q2 no later than September 30, 2019 via wire transfer or ACH to my bank account (details of which can be found in your company records or contact me). If I do not receive payment in full by this date, this matter will be immediately escalated, and I will have to take a legal remedy to recover the funds as outlined in Section 6 of the Note.

If you have any additional questions, please feel free to contact me.


Sincerely,


Veena Harish

~~4 ... view Drive, Midland, GA 31820~~

Dated: October 3, 2019

Mr. C. Dean Alford

Allied Energy Services, LLC

1506 Klondike Road Suite 105

Conyers, Georgia 30012


**RE: Default of Negotiable Note (the "Note") by and between Veena Harish and Allied Energy Services, LLC dated December 2018 (Augusta Waste to Energy project)**

Dear Mr. Alford:

We entered into the above-referenced Notes with quarterly interest payments and payable "no later than Fifteenth (15th) day of the month after the end of each calendar quarter". We have been in communications as to the status of the interest payment for Quarter 2 of 2019 (April 1st – June 30Th period) and accordingly, it is due on July 15, 2019. You have informed me that I should receive such interest payments and payment of principal any day now for several weeks but still have not received payment as of October 3, 2019.

Under Section (5) Subsection (a) of the Note, an event of default occurs when the Borrower shall fail to pay any amounts which shall become due and payable to Holder under the above-referenced Note, whether at the Maturity Date or any accelerated date of maturity or at any time fixed for payment, including but not limited to quarterly interest payments.

Since I still have not received my interest payment for Quarter 2 of 2019 , I am invoking the above-referenced clause which requires the entire unpaid balance of this Note outstanding, together with accrued unpaid interest therein become immediately due and payable upon written notice from Holder.

I expect prompt payment in full of $50,000 principal and the accrued interest from beginning of 2nd quarter (April 1st, 2019) through the date of payment as well as on the interest from Q2 no later than October 15, 2019 via wire transfer or ACH to my bank account (details of which can be found in your company records or contact me).  If I do not receive payment in full by this date, this matter will be immediately escalated, and I will have to take a legal remedy to recover the funds as outlined in Section 7 of the Note.

 If you have any additional questions, please feel free to contact me.


Sincerely,

Veena Harish

Dated: October 3, 2019

 Gmail                                                    Venkat Kannappan <v░░░░░░░░░░pan@gmail.com>

## Fwd: DEFAULT NOTICE - Negotiable Note - W2E Project - Demand for full payment with interest - Venkat Kannappan

Venkat Kannappan <v░░░░░░░░░░pan@gmail.com>                                    Thu, Oct 3, 2019 at 10:44 PM
To: Dean Alford <deanalford@mindspring.com>
Cc: Venkat Kannappan <v░░░░░░░░░░pan@gmail.com>

VIA ELECTRONIC AND REGISTERED MAIL
Mr. C. Dean Alford
Allied Energy Services, LLC
1506 Klondike Road Suite 105
Conyers, Georgia 30094

RE: Default of Negotiable Note by and between Venkatachalam Kannappan and Allied Energy Services, LLC dated December 13, 2018 ("Note")

Dear Mr. Alford:
We entered into the above-referenced Notes with quarterly interest payments and payable date of July 31, 2019. We have been in communications as to the status of the interest payment for Quarter 2 of 2019 and principal amount. You have informed me that I should receive such interest payments and payment of principal any day now for several weeks but still have not received payment as of October 1, 2019.

Under Section (5) Subsection (a) of the Note, an event of default occurs when the Borrower shall fail to pay any amounts which shall become due and payable to Holder under the above-referenced Note, whether at the Maturity Date or any accelerated date of maturity or at any time fixed for payment, including but not limited to quarterly interest payments.

Since I still have not received my interest payment for Quarter 2 of 2019 and repayment of principal, I am invoking the above-referenced clause which requires the entire unpaid balance of this Note outstanding, together with accrued unpaid interest therein become immediately due and payable upon written notice from Holder.

I expect prompt payment in full of $50,000 principal via wire transfer or ACH, including interest through the date of payment as well as on the interest from Q2 no later than October 15, 2019. If I do not receive payment in full by this date, this matter will be immediately escalated, and I will have to take a legal remedy to recover the funds as outlined in Section 7 of the Note.

If you have any additional questions, please feel free to contact me.

Sincerely,

Venkatachalam Kannappan

~~1530~~

Columbus, GA 31904

~~Ph (706)~~

~~venkat~~an@gmail.com

————— Forwarded message —————
From: **Venkat Kannappan** <venkat~~~~~~an@gmail.com>
Date: Fri, Dec 14, 2018 at 4:06 PM
Subject: Re:
To: dean alford <deanalford@mindspring.com>

Hello Dean,

Please find signed and scanned copy of the document attached. We noticed one typo in the first page - interest payment calendar day was typed as FIFTY instead of FIFTEEN. I have corrected and signed in all pages to record the correction. Hope that should be fine. Could you also counter sign or initial and mail the copy back to us whenever you get a chance (no hurry).

Funds are already wired from our TD Ameritrade (TD Bank) account to your Allied Energy Services account with Bank of America. Wire transfer confirmation# 1214I1B7033R014457 with our details in the reference. Please confirm the deposit from your end.

We will be in touch for other projects and let me know if you want me to talk about your projects to our other family friends also - I will be meeting most of them over weekend.

Have a great weekend!
Venkat Kannappan
~~(706)~~

On Wed, Dec 12, 2018 at 4:18 PM Venkat Kannappan <venkat~~~~~~an@gmail.com> wrote:
Thanks Dean, I will print and send back from home later today.
Venkat

On Wed, Dec 12, 2018 at 2:28 PM Dean Alford <deanalford@mindspring.com> wrote:

RE: Default of Negotiable Note between Malini Radhakrishan and Dean Alford/CEO Allied Energy Services, LLC dated Feb 14th 2019.

Dear Mr. Alford:

We entered into the above-referenced Note with quarterly interest payments and payable date of August 1, 2019.

Under Section (5) Subsection (a) of the Note, an event of default occurs when the Borrower shall fail to pay any amount which shall become due and payable to Holder under the above-referenced Note, whether at the Maturity Date or any accelerated date of maturity or at any time fixed for payment, including but not limited to quarterly interest payments.

Since I still have not received my interest payment for Quarter 2 of 2019, I am invoking the above-referenced clause which requires the entire unpaid balance of this Note outstanding, together with accrued unpaid interest therein become immediately due and payable upon written notice from Holder.

I expect prompt payment in full of $50,000 principal via wire transfer or ACH, including interest through the date of payment as well as on the interest from Q2 no later than October 15th, 2019. If I do not receive payment in full by the above date, this matter will be escalated to take a legal remedy to recover the funds.

If you have any additional questions, please feel free to contact me.

Sincerely,

Malini Radhakrishnan.
Tel #
10/5/2019.

Malini-R

 Gmail

Venkat Kannappan <~~venkat~~@gmail.com>

## Fwd: DEFAULT NOTICE - Negotiable Note - Solar Investment - Demand for full payment with interest - Venkat Kannappan

Venkat Kannappan <~~venkat~~@gmail.com>
To: Dean Alford <deanalford@mindspring.com>
Cc: Venkat Kannappan <~~venkatkannappan~~@gmail.com>

Thu, Oct 3, 2019 at 10:56 PM

VIA ELECTRONIC AND REGISTERED MAIL
Mr. C. Dean Alford
Allied Energy Services, LLC
1506 Klondike Road Suite 105
Conyers, Georgia 30094

RE: Default of Negotiable Note by and between Venkatachalam Kannappan and Allied Energy Services, LLC dated February 14, 2019 ("Note")

Dear Mr. Alford:
We entered into the above-referenced Notes with quarterly interest payments and payable date of February 14, 2020. We have been in communications as to the status of the interest payment for Quarter 2 of 2019 and principal amount. You have informed me that I should receive such interest payments and payment of principal any day now for several weeks but still have not received payment as of October 1, 2019.

Under Section (4) Subsection (a) of the Note, an event of default occurs when the Borrower shall fail to pay any amounts which shall become due and payable to Holder under the above-referenced Note, whether at the Maturity Date or any accelerated date of maturity or at any time fixed for payment, including but not limited to quarterly interest payments.

Since I still have not received my interest payment for Quarter 2 of 2019 and repayment of principal, I am invoking the above-referenced clause which requires the entire unpaid balance of this Note outstanding, together with accrued unpaid interest therein become immediately due and payable upon written notice from Holder.

I expect prompt payment in full of $100,000 principal via wire transfer or ACH, including interest through the date of payment as well as on the interest from Q2 no later than October 15, 2019. If I do not receive payment in full by this date, this matter will be immediately escalated, and I will have to take a legal remedy to recover the funds as outlined in Section 7 of the Note.

If you have any additional questions, please feel free to contact me.

Sincerely,

Venkatachalam Kannappan

~~█████████████~~

Columbus, GA 31904

~~██████████~~
~~████████~~h@gmail.com

---------- Forwarded message ----------
From: **Dean Alford** <deanalford@mindspring.com>
Date: Tue, Feb 19, 2019 at 4:43 PM
Subject: RE: Solar Power Investment - Venkat Kannappan
To: Venkat Kannappan <~~████████~~@gmail.com>


Venkat,,

Thank you, we did receive the funds on the 15th.

Best regards,
Dean Alford


**From:** Venkat Kannappan <~~██████████~~@gmail.com>
**Sent:** Tuesday, February 19, 2019 3:48 PM
**To:** Dean Alford <deanalford@mindspring.com>
**Subject:** Re: Solar Power Investment - Venkat Kannappan


Hello Dean,


Hope you had a great President's Day weekend! Wondering whether you had a chance to confirm my 100K wire transfer? It should have hit your your account on 15th itself according to my bank. Please confirm the wire transfer from your end.


Thanks,

[Quoted text hidden]

**Dr. Santhi Adigopula** <~~adigopulasanthi~~@gmail.com>     Mon, Sep 16, 2019 at 7:11 PM
To: Dean Alford <deanalford@mindspring.com>

Hi Dean,

I haven't heard from you about the interest payment. It way past due, can you please reply and let us know if there are any issues and we can help you.

Thanks
Santhi and Naresh

[Quoted text hidden]


---

**(no subject)**

---

**Dean Alford** <deanalford@mindspring.com>
To: deanalford@mindspring.com

Mon, Oct 7, 2019 at 4:04 PM

## We are sending this as a group email based on the emails in our system. If you speak to someone and they did not get this, please have them email me. I want to ensure everyone gets this email.

I know all of you have heard about my personal situation and understandably you have questions and concerns. The purpose of this email is to give you some information on what actions are being taken to get you your interest payments and in some case your repayments on your loans as soon as possible. I have stepped down as President and CEO of Allied Energy Services, LLC so that the company can focus on the business at hand and make sure the company stays strong and meets its obligations and services its clients. It is in everyone's best interest for Allied to move forward successfully to insure everyone involved receives their funds from the loans. A new President and CEO will be named this week and the plan is to schedule meetings in Atlanta, Columbus and Chattanooga to meet with you and answer your questions. Because the plan is to move forward with the Waste-to-Energy projects, he will also give an update on the status of the Waste-to-Energy Projects for those that are interested. If you have a specific question for me, please feel free to call or email me. We will be in touch.

Best regards,
Dean Alford

 Gmail

## Re: Deposit and Interest

2 messages

**Dr. Santhi Adigopula** <~~santhi~~@gmail.com>                     Thu, Sep 26, 2019 at 2:52 PM
To: Dean Alford <deanalford@mindspring.com>

Hello Dean,

Hope you are well, I haven't received interest payment yet. My timeline was only till July for the deposit. I am need of my funds to unavoidable financial situations in our household. Please refund my $50k along with interest. I hope it is not a problem. My bank details are as below.

Bank: BANK OF AMERICA
Name: SANTHI ADIGOPULA



Thanks
Santhi


On Wed, Sep 18, 2019 at 10:29 AM Dean Alford <deanalford@mindspring.com> wrote:

This is a group email with the names in Bcc to protect your confidentiality.


I want to give you an update on the status of your payments.  It has been of combination of issues that has caused the delayed and we have begun to make the payments.  Some you on this email will have already received your payments via mail.  The rest of them should be arriving shortly.  Please do not respond to this email unless you have not received your payments by next Monday, September 23rd.

Best regards,
Dean Alford

**Dr. Santhi Adigopula** <~~santhi~~@gmail.com>                     Mon, Sep 30, 2019 at 8:33 PM
To: Dean Alford <deanalford@mindspring.com>

Hi Dean,

I haven't heard from you. I need my investment back due to personal issues. Please refund as soon as possible.

Regards
Santhi

[Quoted text hidden]

**From:** vibhuti ansar <~~xxxxx~~@gmail.com>
**Sent:** Wednesday, October 9, 2019 2:35 PM
**To:** Vibhuti A. Ansar <~~xxxxx~~ar@piedmont.org>
**Subject:** Fwd: Solar Energy Bid

---

**THIS EMAIL IS FROM AN EXTERNAL SENDER!**
**STOP! This email originated outside of Piedmont.**
**DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe
If this E-mail appears to be a suspicious email please click "Report Phishing".

---

---------- Forwarded message ---------
From: **Dean Alford** <deanalford@mindspring.com>
Date: Sun, Jul 7, 2019, 9:58 PM
Subject: RE: Solar Energy Bid
To: <~~xxxx~~@yahoo.com>, <~~xxxxxxx~~@piedmont.org>
Cc: Vibhuti Ansar <~~xxxxx~~@gmail.com>

I will check on this tomorrow and get back to you.

**From:** Amir Ansar <~~xxxx~~@yahoo.com>
**Sent:** Sunday, July 7, 2019 7:30 PM
**To:** ~~xxxxx~~ar@piedmont.org; 'dean.alford@alliedenergyllc.com' <dean.alford@alliedenergyllc.com>
**Cc:** Vibhuti Ansar <~~xxxxxx~~@gmail.com>
**Subject:** Re: Solar Energy Bid

Hi Dean,

Amir and Vibhuti Ansar here. As of today we have not received any quarterly payments from you, and would like to get an update on where we stand. We signed the paperwork on 2/26/2919, and wired $50,000 that same day, so Q1 and Q2 payments are outstanding.

When we last met you had mentioned that there were some issues with payments getting out. I have provided our banking information below.

Our banking info is:
Synovus
Routing number ~~XXXXXXX~~
Acct number ~~XXXXXXXXX~~

Please let us know if there is anything else you need. We look forward to hearing from you.

Thanks,
Amir Ansar

On Tue, Feb 26, 2019 at 1:38 PM, Vibhuti A. Ansar
<~~XXXXXXXX~~@piedmont.org> wrote:

Dean,

I have scanned the signed promissory note and included it as an attachment here. The funds will be wire transferred later today. Please let me know if you have any issues with either. We look forward to a mutually beneficial relationship with you.

Vibhuti

**From:** Lexmark@piedmont.org <Lexmark@piedmont.org>
**Sent:** Tuesday, February 26, 2019 1:34 PM
**To:** Vibhuti A. Ansar <~~XXXXXXXX~~@piedmont.org>
**Subject:**

If your messaging client supports TLS for secure connections, then this message was sent securely via TLS from Piedmont Healthcare, Inc.

This e-mail communication, including any attached files may contain material that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. This communication is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient or the person responsible for delivering this communication to the intended recipient, you are prohibited from retaining, using, disseminating, forwarding, printing or copying this communication. If you have received this communication in error, please immediately notify the sender via return e-mail or telephone. This email has been scanned and found to be virus free. If this message contains a virus please contact postmaster@piedmont.org.

This original email was sent to the internet for delivery at 13:38:01

Mon, Aug 5, 20:05

good evening,
per our discussion last week, i checked my mail today and didn't receive the checks for the latest solar investment (25k each for anisha, amiya, and vijaykumar phade) and my partner roshan has not received a check for our energy investment (dynamic aes, llc). please let me know when you resend them. thx. sachin phade

Tue, Aug 20, 18:39

Dean,
It's been another week since we've spoken. In total, it's been almost 3 weeks since you told me that the check

Tue, Aug 20, 18:39

Dean,
It's been another week since we've spoken. In total, it's been almost 3 weeks since you told me that the check was in the mail. Please call me immediately. I want the principal ($75000) and interest payable immediately as well as all of our P&I for Dynamic AES. I will not accept any further delay.
Sachin Phade

Read 8/20/19

We are hoping to get everything back on track tomorrow. I will keep you posted

Fri, Sep 6, 17:43

Fri, Sep 6, 17:43

Dean,
My partners in both the solar and waste management projects are frustrated by the lack of response to our calls, texts, and emails. As such, I will be sending you a letter formally calling on the P&I to be paid immediately. If not paid shortly thereafter, we will approach our attorneys and hold you responsible for the P&I, as well as legal costs. It's unfortunate that we are having to proceed down this route because of your deception and lack of communication.
Sachin Phade

Wed, Sep 18, 10:54

Wed, Sep 18, 10:54

Dean,
You continue to ignore my calls, texts, and emails.
Please call me ASAP.
Sachin Phade

I will call you back we are in meetings where I cannot answer the phone

thanks.

Tue, Sep 24, 11:07

you said you would call me back and you didn't.

I'm on a call I will call when I finish

That's what you said last

Tue, Sep 24, 11:07

you said you would call me back and you didn't.

I'm on a call I will call when I finish

That's what you said last time.

Text Message

what time does your call end?

iMessage
Tue, Sep 24, 19:09

why didn't you call me back?

you never answer my calls

Wed, Sep 25, 09:09

Wed, Sep 25, 09:09

Please call me regarding my solar investment. Sachin Phade

Delivered

Text Message
Wed, Oct 2, 20:48

You have never called me back about my solar investment. Sachin Pjade

Phade

What's wrong? Refusing to answer?

If you could simply talk to me once and answer my questions, I can leave you alone. Give me a time that we can meet or talk over the

---------- Forwarded message ---------
From: **Mehul** <████@gmail.com>
Date: Wed, Sep 11, 2019 at 4:51 PM
Subject: Re: updated note
To: Dean Alford <deanalford@mindspring.com>

Thank you! Let me know what you find out.
Mehul

On Wed, Sep 11, 2019 at 11:04 AM Dean Alford <deanalford@mindspring.com> wrote:

> Mehul,
>
> Let me check on your situation.
> Best regards,
> Dean Alford
>
>
> **From:** Mehul <████@gmail.com>
> **Sent:** Monday, September 9, 2019 4:20 PM
> **To:** Dean Alford <deanalford@mindspring.com>
> **Subject:** Re: updated note
>
>
> Hi Mr. Alford,
>
> I know you are still working on catching up, but I have heard from some of my family members that they have received June's payment. But I have not yet received that, and wanted to make sure it didn't slip through the cracks.
>
> Mehul
>
>
> On Tue, Aug 20, 2019 at 11:01 AM Mehul <████@gmail.com> wrote:
>
>> Hi Mr. Alford,
>>
>> I texted you about a week ago but have not heard back from you. Please let me know the status of the funds.
>>
>> THanks,

Mehul

On Wed, Jul 24, 2019 at 11:42 AM Mehul <██████@gmail.com> wrote:

OK thanks, I'll keep an eye out for the check.

Account information:

Bank of America

Mehul Tejani

Acct# ██████████

Routing# ████████████████ (paper & electronic)

████████ (wires)


Mehul



On Mon, Jul 22, 2019 at 11:14 PM Dean Alford <deanalford@mindspring.com> wrote:

Mehul,

I checked on your check and it was mailed. However, it is easier to send you your interest via ACH. So please send me the name on the account, the routing number and the account number. We will proceed to send you your funds.
Best regards,
Dean Alford


**From:** Mehul <██████@gmail.com>
**Sent:** Friday, July 19, 2019 2:18 PM
**To:** Dean Alford <deanalford@mindspring.com>
**Subject:** Re: updated note


Hi Mr. Alford,

I still haven't received the June payment nor have I gotten the July payment. Can you check on the status of those? Would it be easier to have them automatically deposited (meaning do you need my account and routing numbers)?

Thanks,

Mehul

On Mon, Jul 1, 2019, 12:08 AM Dean Alford <deanalford@mindspring.com> wrote:

Mehul,

Let me check on this tomorrow and I will get back to you.

Best regards,
Dean Alford

**From:** Mehul <❚❚❚❚@gmail.com>
**Sent:** Sunday, June 30, 2019 2:53 PM
**To:** Dean Alford <deanalford@mindspring.com>
**Subject:** Re: updated note

Hi Mr. Alford,

We did not receive a payment during the month of June.

Also, I don't think we will add any funds, but can we get an updated note for the $100,000 we currently have with you for the solar project?

Thanks,

Mehul

On Mon, Jun 3, 2019 at 5:18 PM Mehul <❚❚❚@gmail.com> wrote:

Got it, thanks!

On Mon, Jun 3, 2019 at 5:14 PM Dean Alford <deanalford@mindspring.com> wrote:

Let's try it again.

Dean Alford

 **Gmail**
by Google

## Fwd: FedEx Shipment 776069117748 Delivered

suresh@gmail.com <suresh4@gmail.com>
To: amin@dynamicgroupmgmt.com

Thu, Aug 29, 2019 at 1:32 PM

Proof Note Default was sent.
See attachment

Suresh

Sent from my iPhone

Begin forwarded message:

> **From:** Patel Pulliaparampil <patel@wblawservices.com>
> **Date:** August 29, 2019 at 12:21:38 PM EDT
> **To:** suresh@gmail.com* <suresh@gmail.com>
> **Subject: FW: FedEx Shipment 776069117748 Delivered**

> For your records.

> **From:** TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
> **Sent:** Tuesday, August 27, 2019 9:37 AM
> **To:** Closings <closings@wblawservices.com>
> **Subject:** FedEx Shipment 776069117748 Delivered

### Your package has been delivered

Tracking # 776069117748

Ship date:

Mon, 8/26/2019

Delivered

Delivery date:

Tue, 8/27/2019 9:33 am



Janet Bhusri

Wasserstein & Bhusri

Jericho, NY 11753

US

C. Dean Alford

C. Dean Alford

1555 Reagan Circle

CONYERS, GA 30012

US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 776069117748 |
| **Status:** | Delivered: 08/27/2019 09:33 AM Signed for By: Signature not required |
| **Signed for by:** | Signature not required |
| **Delivery location:** | CONYERS, GA |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Priority Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |

| | |
|---|---|
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | Residential Delivery |
| **Standard transit:** | 8/27/2019 by 10:30 am |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:36 AM CDT on 08/27/2019.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2019 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

Find messages, documents, photos or people          ⌄                    Home

Compose        ← Back   ⟵   →   🗄 Archive   ➤ Move   🗑 Delete   🛡 Spam   |

| Inbox | 72 |
| Unread |  |
| Starred |  |
| Drafts | i9 |
| Sent |  |
| Archive |  |
| Spam |  |
| Trash |  |

⌃ Less

**Views**        Hide

🖼 Photos
📄 Documents
✂ Deals
🧾 Receipts
🛒 Groceries
✈ Travel

**Folders**      Hide

+ New Folder
⌄ 12 Cen pk
  Donna Payne
  5 Stone Shoal
  ABIM
  Ashish-Motif
  Baliga Study
  Bank-Busi-iP...
  FKC Financials
  LLC
  MMS-Billing ...
  Notes
> OLD DAVTA-...
  Opelika EAMC
  PC
  PCD to FMC
  Ram Hotels
  travel-Apple
  Violin Receipt

---

### (No Subject)  39                          Yahoo Mail/Inbox  ★

**Dean Alford** <deanalford@mindspr...      Aug 15 at 5:57 PM   ★
To: _____@yahoo.com

Amirthalingadoss Shanmugavelu,

I am sorry we had some delay in getting you your payments.  Your
payment has been mailed and you should be receiving shortly.  In the
event you do not receive it by the first of next week, please email me
and we will resend via FedEx.  Thank you for your patience.

Best regards,
Dean Alford

---

**Vara Prasad** <_____@gmail.com>         Aug 15 at 10:03 PM   ★
To: Venkat Kannappan,  Harish,
    Sunil Chennur,  Selvi,  radha nara

All
FYI

I received the following email from Dean.
Not sure what he meant by will come by mail
I know I gave him the bank account details
Will see
Thanks
Vara

---------- Forwarded message ----------
From: **Dean Alford** <deanalford@mindspring.com>
Date: Thursday, August 15, 2019
Subject:
To: _____@gmail.com

Vara Prasad,

I am sorry we had some delay in getting you your payments.  Your
payment has been mailed and you should be receiving shortly.  In the
event you do not receive it by the first of next week, please email me
and we will resend via FedEx.  Thank you for your patience.

Best regards,
Dean Alford

---

**Sunil Chennur** <_____@gmail...          Aug 15 at 10:09 PM   ★
To: Vara Prasad
Cc: Venkat Kannappan,  Harish,
    Selvi,  radha nara

Vara,

---

**Venkat Kannappan**  🔍
_____gn@gmail.com

# Fwd: Allied check rejected

**From:** Piyush Patel (██████@gmail.com)

**To:** ████████@yahoo.com

**Date:** Friday, May 17, 2019, 8:31 PM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** "Dean Alford" <deanalford@mindspring.com>
> **Date:** May 17, 2019 at 8:25:55 AM EDT
> **To:** "'Piyush Patel'" <██████@gmail.com>, "'Bipin Patel'" <████████@yahoo.com>,
> <████████@gmail.com>
> **Subject: RE: Allied check rejected**
>
> Piyush,
>
> First of all, I apologize for this situation.  We had an account sweep issue with the bank and the bank
> is glad to send you a letter taking responsibility for the mistake.  We have reissued a check to Sejal.
> We are putting a new check  for Shamil Management in FedEx to you today.  Let me know if you have
> any questions.
> Best regards,
> Dean Alford
>
>
> **From:** Piyush Patel <██████@gmail.com>
> **Sent:** Thursday, May 16, 2019 8:25 AM
> **To:** Bipin Patel <████████@yahoo.com>; Dean Alford <deanalford@mindspring.com>;
> ████████@gmail.com
> **Subject:** Fwd: Allied check rejected
>
> Hello Mr. Dean and Jitubhai,
>
> I need some clarification on our accounts.
>
> 1. Shamil Management has invested for Augusta Waste management and recently has received check
> of first quarter, Thanks.
>
> 2. My sister-in-law, Sejal has invested in same and has not received check yet.
>
> 3. Shamil Management has invested 100,000 like above account, has received check of 1890.41
> recently and when we gave SunTrust, it got rejected with statement of insufficient balance. I have
> attached copy of it in forwarded email.

It is little disappointment of getting late mail and still not having fund in account...

Thanks for understanding and doing it right.

Piyush B. Patel, M.D.



---------- Forwarded message ---------
From: **Piyush Patel** <~~@gmail.com~~>
Date: Thu, May 16, 2019 at 8:16 AM
Subject: Allied check rejected
To: Patel Piyush <~~@gmail.com~~>

Sent from my iPhone



---

## form

4 messages

---

**Rosehill <████@gmail.com>**                             Mon, Dec 17, 2018 at 2:05 PM
To: Piyush Patel ████@gmail.com>

📄 **2018_12_17_14_04_26.pdf**
212K

---

**Piyush Patel <████@gmail.com>**                        Mon, Dec 17, 2018 at 2:11 PM
To: deanalford@mindspring.com

Sending you signed forms and will do wire transfer from sun trust.

Sent from my iPhone

Begin forwarded message:

> **From:** Rosehill <████@gmail.com>
> **Date:** December 17, 2018 at 2:05:23 PM EST
> **To:** Piyush Patel <████@gmail.com>
> **Subject: form**

📄 **2018_12_17_14_04_26.pdf**
212K

---

**Dean Alford <deanalford@mindspring.com>**                  Tue, Jan 22, 2019 at 10:21 AM
To: Piyush Patel <████@gmail.com>

Piyush,

We have your interest check ready, but we realized we do not have an address. Please send us the address you want to the check to go to and we will get it our immediately.

Best regards,
Dean Alford

[Quoted text hidden]

---

**Piyush Patel <████@gmail.com>**                        Tue, Jan 22, 2019 at 5:57 PM
To: Dean Alford <deanalford@mindspring.com>

Please send to

Piyush Patel

Columbus, GA 31904.

Thanks,
Piyush B. Patel, M.D.

[Quoted text hidden]

Re: FW:

From: radhakrishnan (████████████████@yahoo.com)

To:     deanalford@mindspring.com

Date: Saturday, September 7, 2019, 08:50 PM EDT

Mr.Dean,
we haven't rec'd any money but the amount should be close to 1850.  can please update soon.
thx.


On Wednesday, August 21, 2019, 08:34:09 PM EDT, Dean Alford <deanalford@mindspring.com> wrote:


Malini,

We have initiated your ACH transfer today in the amount of $1,495.89.  The ACH transfer can take a couple of days
to post.  Please let me know if you need a bank transaction report.

Best regards,

Dean Alford


**From:** Dean Alford <deanalford@mindspring.com>
**Sent:** Friday, August 16, 2019 7:11 AM
**To:** '████████████████@yahoo.com' <████████████████@yahoo.com>
**Subject:**


Malini Radhakrishnan,

I am sorry we had some delay in getting you your payments.  We had some issues with the bank in the course of
sending out the ACH transfers as it relates to our bank covenants.  We are hoping to have those resolve as early as
today and no later than next Tuesday.  I am glad to give you more details if you would like to know.  I will keep you
posted in the event we have not sent the out the payments by Tuesday.  Thank you for your patience.

Best regards,
Dean Alford

| **From** | Dean Alford <██████████@yahoo.com> |
| --- | --- |
| **To:** | C. Dean Alford, P.E. <deanalford@mindspring.com> |
| **Date** | Sep 18 at 9:10 AM |

This is a group email with the names in Bcc to protect your confidentiality.


I want to give you an update on the status of your payments. It has been of combination of issues that has caused the delayed and we have begun to make the payments. Some you on this email will have already received your payments via ACH transfer. The rest of them should be arriving shortly. Please do not respond to this email unless you have not received your payments by Monday, September 23rd.

Best regards,

Dean Alford

# Fwd: Allied check rejected

From: Piyush Patel (█████@gmail.com)

To: ████████@yahoo.com

Date: Friday, May 17, 2019, 8:31 PM EDT

Sent from my iPhone

Begin forwarded message:

> **From:** "Dean Alford" <deanalford@mindspring.com>
> **Date:** May 17, 2019 at 8:25:55 AM EDT
> **To:** "'Piyush Patel'" <█████@gmail.com>, "'Bipin Patel'" <████████@yahoo.com>, <████████@gmail.com>
> **Subject: RE: Allied check rejected**
>
> Piyush,
>
> First of all, I apologize for this situation.  We had an account sweep issue with the bank and the bank is glad to send you a letter taking responsibility for the mistake.  We have reissued a check to Sejal. We are putting a new check  for Shamil Management in FedEx to you today.  Let me know if you have any questions.
> Best regards,
> Dean Alford
>
>
> **From:** Piyush Patel <█████@gmail.com>
> **Sent:** Thursday, May 16, 2019 8:25 AM
> **To:** Bipin Patel <████████@yahoo.com>; Dean Alford <deanalford@mindspring.com>; ████████@gmail.com
> **Subject:** Fwd: Allied check rejected
>
> Hello Mr. Dean and Jitubhai,
>
> I need some clarification on our accounts.
>
> 1. Shamil Management has invested for Augusta Waste management and recently has received check of first quarter, Thanks.
>
> 2. My sister-in-law, Sejal has invested in same and has not received check yet.
>
> 3. Shamil Management has invested 100,000 like above account, has received check of 1890.41 recently and when we gave SunTrust, it got rejected with statement of insufficient balance. I have attached copy of it in forwarded email.

It is little disappointment of getting late mail and still not having fund in account...

Thanks for understanding and doing it right.

Piyush B. Patel, M.D.



---------- Forwarded message ---------
From: **Piyush Patel** <███@gmail.com>
Date: Thu, May 16, 2019 at 8:16 AM
Subject: Allied check rejected
To: Patel Piyush <████@gmail.com>

Sent from my iPhone

## RE: check

From:  Dean Alford (⬛⬛⬛⬛@mindspring.com)

To:       ⬛⬛⬛⬛@yahoo.com

Date:  Wednesday, August 28, 2019, 12:29 PM EDT

Sejal,
I apologize and understand.  We are having some very significant administrative issues that has
cause the delay.  I have all hands on deck working on this.  We are working to get everything
resolved this week.
Best regards,

Dean Alford

**From:** Sejal Patel <⬛⬛⬛⬛@yahoo.com>
**Sent:** Tuesday, August 27, 2019 10:29 AM
**To:** ⬛⬛⬛⬛@mindspring.com
**Subject:** Re: check

Hi , I have not received the check yet

can u please send FedEx

thank you

sejal Patel

Sent from Yahoo Mail on Android

On Thu, Aug 15, 2019 at 10:41 AM, Dean Alford

<⬛⬛⬛⬛@mindspring.com> wrote:

Sejal Patel,

I am sorry we had some delay in getting you your payments.  Your payment has been mailed and you should be receiving shortly.  In the event you do not receive it by the first of next week, please email me and we will resend via FedEx.  Thank you for your patience.

Best regards,
Dean Alford

# refund money

**From:** Sejal Patel (~~████████~~@yahoo.com)

**To:** ~~████████~~@mindspring.com

**Bcc:** ~~████~~@yahoo.com

**Date:** Tuesday, September 17, 2019, 1:48 PM EDT

HI
here is sejal and Jayesh who just spoke to you on phone just now

my details are as follows
sejal patel
~~████████████~~
its wells fargo  wireless router number ~~████████~~

as discussed plese send wire amt 100k right away
I will waive last 3 months of interest.. if I don't get it we will pursue further.. thanks

pleaes do needful and reply me back here promptly


Thanks

# (No Subject)

**From:** Dean Alford (deanalford@mindspring.com)

**To:** deanalford@mindspring.com

**Date:** Wednesday, September 18, 2019, 10:29 AM EDT

This is a group email with the names in Bcc to protect your confidentiality.

I want to give you an update on the status of your payments. It has been of combination of issues that has caused the delayed and we have begun to make the payments. Some you on this email will have already received your payments via mail. The rest of them should be arriving shortly. Please do not respond to this email unless you have not received your payments by next Monday, September 23rd.

Best regards,
Dean Alford