**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **KOSHA, LLC; et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CV:** 4:19-cv-00172-CDL |
| | ) | |
| **CLARENCE DEAN ALFORD;** | ) | |
| **et al** | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF ROSHAN AMIN FOR DYNAMIC AES, LLC., IN SUPPORT OF PRELIMINARY INJUNCTION

Before the undersigned appeared being duly sworn states as follows:

1. My name is Roshan Amin, as managing member of Dynamic AES, LLC., I am over the age of 18 and competent to testify to the matters set forth herein.

2. On April 12, 2018, and June 1, 2018, Dynamic AES, LLC., invested $350,000 and $175,000, respectively, in Allied Energy Services LLC's ("Allied") Augusta Waste to Energy project as a short-term note. In both Notes, Allied was the borrower and Dean Alford personally guaranteed. Exhibit A- Security Notes.

3. I wired the funds to Allied's Bank of America account ending 8409.

4. Both Notes were due to be paid in full by July 31, 2019. To date, although I have written Alford and requested full return of Dynamic AES, LLC's investments, Alford has yet to return the investments. Therefore, Allied and Dean have defaulted on the Notes. Exhibit B- Letter Requesting Return of Investment.

5. Allied's primary agent Dean Alford misrepresented information about the projects in an effort to procure Dynamic AES, LLC's investments through fraud.

6. Further, through this litigation, it is my intention that Allied and Dean be disgorged of any money and profits that they received as a result of their scheme to defraud investors and believe it is necessary for the Court to freeze Allied's account, which is directly linked to Allied and Dean's fraudulent scheme, to preserve any future equitable remedy that the Court may impose at a later date. Without any injunction, Dynamic AES, LLC., as well as other investors, will suffer irreparable harm because we will not have any equitable remedy available to us.

7. To date, Allied is indebted to Dynamic AES, LLC in the amount of $525,000 plus interest.

Further affiant sayeth not.

Roshan Amin, as managing member
of Dynamic AES, LLC

STATE OF Tennessee

COUNTY OF Hamilton

The foregoing instrument was subscribed, sworn to and acknowledged before me this 7th day of November 2019.

CHARLES HODGES
STATE OF TENNESSEE
NOTARY PUBLIC
HAMILTON COUNTY
My Commission Expires 08-07-2021

Notary Public

**EXHIBIT A**

NEGOTIABLE NOTE

Loan Amount: $350,000 Date April 12, 2018
Atlanta, Georgia

Allied Energy Services, LLC, a Georgia limited liability company (hereinafter called "Borrower"), having an address of 1506 Klondike Road, Suite 105, Conyers, Ga. 30012, hereby promises to pay to the order of Dynamic AES, LLC, a Tennessee Company (hereinafter called "Lender"), or any subsequent holder hereof, the principal sum of $350,000 in legal tender of the United States, with interest and origination fee thereon as hereinafter set forth. Principal and interest shall be payable at Holder's address set forth above, or at such address as Holder may designate.

The principal balance owing hereunder shall bear interest from and after the date hereof at the annual simple interest rate of 18% (Eighteen Percent) paid quarterly. The principal balance owing hereunder, together with all accrued but unpaid interest thereon, shall be due and payable in full in a single balloon payment on or before July 31, 2019. At the end or before the end of the term, the Lender will be given the opportunity to convert the debt to equity into the Augusta Waste-to-Energy Project at par value.

In the event that all or any part of the indebtedness evidenced hereby is collected by or through an attorney at law, Borrower shall be entitled to recover all costs of collection, including attorney's fees.

If Borrower fails to pay when due any amount payable hereunder, Borrower shall be in default. In the event of a default hereunder, at the option of the Lender, the total unpaid balance hereof, including the entire principal amount outstanding, and all accrued interest thereon, may be declared, and thereupon immediately shall become due and payable. In addition, this loan is personally guaranteed by C. Dean Alford having address at 1555 Reagan Circle, Conyers, GA 30012 (hereinafter called "Guarantor") in the event of a default by Borrower.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of Lender's rights to require strict compliance with all terms and conditions herein.

IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

LENDER
By: [signature]
Dynamic AES, LLC
Its: Managing Member
Roshan Amin
Print:

BORROWER
By: [signature]
Allied Energy Services, LLC

GUARANTOR
By: [signature]
C. Dean Alford

NEGOTIABLE NOTE

Loan Amount: $175,000
Atlanta, Georgia

Date June 1, 2018

Allied Energy Services, LLC, a Georgia limited liability company (hereinafter called "Borrower"), having an address of 1506 Klondike Road, Suite 105, Conyers, Ga. 30012, hereby promises to pay to the order of Dynamic AES, LLC, a Tennessee Company (hereinafter called "Lender"), or any subsequent holder hereof, the principal sum of $175,000 in legal tender of the United States, with interest and origination fee thereon as hereinafter set forth. Principal and interest shall be payable at Holder's address set forth above, or at such address as Holder may designate.

The principal balance owing hereunder shall bear interest from and after the date hereof at the annual simple interest rate of 18% (Eighteen Percent) paid quarterly. The principal balance owing hereunder, together with all accrued but unpaid interest thereon, shall be due and payable in full in a single balloon payment on or before July 31, 2019. At the end or before the end of the term, the Lender will be given the opportunity to convert the debt to equity into the Augusta Waste-to-Energy Project at par value.

In the event that all or any part of the indebtedness evidenced hereby is collected by or through an attorney at law, Borrower shall be entitled to recover all costs of collection, including attorney's fees.

If Borrower fails to pay when due any amount payable hereunder, Borrower shall be in default. In the event of a default hereunder, at the option of the Lender, the total unpaid balance hereof, including the entire principal amount outstanding, and all accrued interest thereon, may be declared, and thereupon immediately shall become due and payable. In addition, this loan is personally guaranteed by C. Dean Alford having address at 1555 Reagan Circle, Conyers, GA 30012 (hereinafter called "Guarantor") in the event of a default by Borrower.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of Lender's rights to require strict compliance with all terms and conditions herein.

IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

LENDER
By: ______________________
Dynamic AES, LLC

BORROWER
By: ______________________
Allied Energy Services, LLC

GUARANTOR
By: ______________________
C. Dean Alford

**EXHIBIT B**



**Roshan Amin <ramin@dynamicgroupmgmt.com>**

## Dynamic AES - Pay off 8/13/2019

**Roshan Amin** <ramin@dynamicgroupmgmt.com> Tue, Aug 13, 2019 at 4:01 PM
To: Dean Alford <deanalford@mindspring.com>
Cc: Jitu Ghandi <jitug7952@gmail.com>

Dean, Good afternoon.
I know you have been hounded about the Q2 Distributions and I am sure you are working on it.

The Dynamic AES group has decided that they will be opting to call their notes as of today.

Can you please prepare the checks for principle and interest through today.

- Please use our wiring instructions included here (not ACH). See attached
- See original loan notes attached.

With Best Regards,

Roshan Amin,

President & Chief Executive Officer




Dynamic Group
817 Broad Street, STE-201
Chattanooga, TN 37402
www.dynamicgroupmgmt.com
(423) 903-6570 (c)
(423) 713-9900 (o)
(423) 713-9600 (f)
ramin@dynamicgroupmgmt.com

The information in this email, including any attachments, is confidential and if you are not the intended recipient be advised that you have received this email in error and any use, dissemination, forwarding, printing or copying of it is strictly prohibited, and may be subject to civil or criminal penalties. If you have received this email in error you should notify the sender by return email and delete the entire communication, including any attachments, from your computer system(s) or storage medium(s). It is the responsibility of the addressee to scan this mail and any attachments for computer viruses or other defects. The sender does not accept liability for any loss or damage of any nature, however caused, which may result directly or indirectly from this email or any file attached. Email sent through the Internet is not secure. This document is for internal use and is to be shared with management and legal

counsel only. Do not use email to send us sensitive information such as credit card numbers, PIN numbers, passwords, Social Security Numbers, account numbers or other such information. Please don't print this e-mail unless it is necessary.

---

**3 attachments**


**Note 2.pdf**
52K


**Note 1.pdf**
52K


**Wire Transfer Instructions - Dynamic AES.doc**
45K

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **KOSHA, LLC; et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CV:** 4:19-cv-00172-CDL |
| | ) | |
| **CLARENCE DEAN ALFORD;** | ) | |
| **et al** | ) | |
| **Defendants.** | ) | |

---

## AFFIDAVIT OF ROSHAN AMIN FOR DYNAMIC W2E 12, LLC., IN SUPPORT OF PRELIMINARY INJUNCTION

---

Before the undersigned appeared being duly sworn states as follows:

1. My name is Roshan Amin, as managing member of Dynamic W2E 12, LLC., I am over the age of 18 and competent to testify to the matters set forth herein.

2. On July 6, 2018, September 6, 2018, and December 18, 2018, Dynamic W2E 12, LLC., invested $450,000, $115,000, and $825,000, respectively, in Allied Energy Services LLC's ("Allied") Augusta Waste to Energy project as short-term notes. In all Notes, Allied was the borrower and Dean Alford personally guaranteed. Exhibit A- Security Notes.

3. I wired the funds to Allied's Bank of America account ending 8409.

4. All Notes were due to be paid in full by July 31, 2019. To date, although I have written Alford and requested full return of Dynamic W2E 12, LLC's investments, Alford has yet to return the investments. Therefore, Allied and Dean have defaulted on the Notes. Exhibit B- Letter Requesting Return of Investment.

5. Allied's primary agent Dean Alford misrepresented information about the projects in an effort to procure Dynamic W2E 12, LLC's investments through fraud.

6. Further, through this litigation, it is my intention that Allied and Dean be disgorged of any money and profits that they received as a result of their scheme to defraud investors and believe it is necessary for the Court to freeze Allied's account, which is directly linked to Allied and Dean's fraudulent scheme, to preserve any future equitable remedy that the Court may impose at a later date. Without any injunction, Dynamic W2E 12, LLC., as well as other investors, will suffer irreparable harm because we will not have any equitable remedy available to us.

7. To date, Allied is indebted to Dynamic W2E 12, LLC in the amount of $1,390,000 plus interest.

Further affiant sayeth not.

Roshan Amin, as managing member

of Dynamic W2E 12, LLC

STATE OF Tennessee

COUNTY OF Hamilton

The foregoing instrument was subscribed, sworn to and acknowledged before me this 7th day of November 2019.

Notary Public

CHARLES HODGES STATE OF TENNESSEE NOTARY PUBLIC HAMILTON COUNTY My Commission Expires 08-02-2021

# EXHIBIT A

NEGOTIABLE NOTE

Loan Amount: $450,000
Atlanta, Georgia

Date July 6, 2018

Allied Energy Services, LLC, a Georgia limited liability company (hereinafter called "Borrower"), having an address of 1506 Klondike Road, Suite 105, Conyers, Ga. 30012, hereby promises to pay to the order of Dynamic W2E 12, LLC, a Tennessee Company (hereinafter called "Lender"), or any subsequent holder hereof, the principal sum of $450,000 in legal tender of the United States, with interest and origination fee thereon as hereinafter set forth. Principal and interest shall be payable at Holder's address set forth above, or at such address as Holder may designate.

The principal balance owing hereunder shall bear interest from and after the date hereof at the annual simple interest rate of 12% (Twelve Percent) paid quarterly. The principal balance owing hereunder, together with all accrued but unpaid interest thereon, shall be due and payable in full in a single balloon payment on or before July 31, 2019. At the end or before the end of the term, the Lender will be given the opportunity to convert the debt to equity into the Augusta Waste-to-Energy Project at par value.

In the event that all or any part of the indebtedness evidenced hereby is collected by or through an attorney at law, Borrower shall be entitled to recover all costs of collection, including attorney's fees.

If Borrower fails to pay when due any amount payable hereunder, Borrower shall be in default. In the event of a default hereunder, at the option of the Lender, the total unpaid balance hereof, including the entire principal amount outstanding, and all accrued interest thereon, may be declared, and thereupon immediately shall become due and payable. In addition, this loan is personally guaranteed by C. Dean Alford having address at 1555 Reagan Circle, Conyers, GA 30012 (hereinafter called "Guarantor") in the event of a default by Borrower.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of Lender's rights to require strict compliance with all terms and conditions herein.

IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

LENDER
By: ____________________
Dynamic W2E 12, LLC

BORROWER
By: ____________________
Allied Energy Services, LLC

GUARANTOR
By: ____________________
C. Dean Alford

# NEGOTIABLE NOTE

Loan Amount: $115,000
Atlanta, Georgia

Date: September 6, 2018

Allied Energy Services, LLC, a Georgia limited liability company (hereinafter called "Borrower"), having an address of 1506 Klondike Road, Suite 105, Conyers, Ga. 30012, hereby promises to pay to the order of Dynamic W2E 12, LLC, a Tennessee Company (hereinafter called "Lender"), or any subsequent holder hereof, the principal sum of $115,000 in legal tender of the United States, with interest and origination fee thereon as hereinafter set forth. Principal and interest shall be payable at Holder's address set forth above, or at such address as Holder may designate.

The principal balance owing hereunder shall bear interest from and after the date hereof at the annual simple interest rate of 12% (Twelve Percent) paid quarterly. The principal balance owing hereunder, together with all accrued but unpaid interest thereon, shall be due and payable in full in a single balloon payment on or before July 31, 2019. At the end or before the end of the term, the Lender will be given the opportunity to convert the debt to equity into the Augusta Waste-to-Energy Project at par value.

In the event that all or any part of the indebtedness evidenced hereby is collected by or through an attorney at law, Borrower shall be entitled to recover all costs of collection, including attorney's fees.

If Borrower fails to pay when due any amount payable hereunder, Borrower shall be in default. In the event of a default hereunder, at the option of the Lender, the total unpaid balance hereof, including the entire principal amount outstanding, and all accrued interest thereon, may be declared, and thereupon immediately shall become due and payable. In addition, this loan is personally guaranteed by C. Dean Alford having address at 1555 Reagan Circle, Conyers, GA 30012 (hereinafter called "Guarantor") in the event of a default by Borrower.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of Lender's rights to require strict compliance with all terms and conditions herein.

IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

LENDER

By: ____________________
Dynamic W2E 12, LLC

BORROWER

By: ____________________
Allied Energy Services, LLC

GUARANTOR

By: ____________________
C. Dean Alford

# NEGOTIABLE NOTE

Loan Amount: $825,000
Atlanta, Georgia

Date: December 18, 2018

Allied Energy Services, LLC, a Georgia limited liability company (hereinafter called "Borrower"), having an address of 1506 Klondike Road, Suite 105, Conyers, Ga. 30012, hereby promises to pay to the order of Dynamic W2E 12, LLC, a Tennessee Company (hereinafter called "Lender"), or any subsequent holder hereof, the principal sum of $825,000 in legal tender of the United States, with interest and origination fee thereon as hereinafter set forth. Principal and interest shall be payable at Holder's address set forth above, or at such address as Holder may designate.

The principal balance owing hereunder shall bear interest from and after the date hereof at the annual simple interest rate of 12% (Twelve Percent) paid quarterly. The principal balance owing hereunder, together with all accrued but unpaid interest thereon, shall be due and payable in full in a single balloon payment on or before July 31, 2019. At the end or before the end of the term, the Lender will be given the opportunity to convert the debt to equity into the Augusta Waste-to-Energy Project at par value.

In the event that all or any part of the indebtedness evidenced hereby is collected by or through an attorney at law, Borrower shall be entitled to recover all costs of collection, including attorney's fees.

If Borrower fails to pay when due any amount payable hereunder, Borrower shall be in default. In the event of a default hereunder, at the option of the Lender, the total unpaid balance hereof, including the entire principal amount outstanding, and all accrued interest thereon, may be declared, and thereupon immediately shall become due and payable. In addition, this loan is personally guaranteed by C. Dean Alford having address at 1555 Reagan Circle, Conyers, GA 30012 (hereinafter called "Guarantor") in the event of a default by Borrower.

Waiver of a breach of any provisions, term or condition of this Note shall not operate or be construed as a waiver of any subsequent breach, and the acceptance of a past due payment shall not be construed as a waiver of Lender's rights to require strict compliance with all terms and conditions herein.

IN WITNESS WHEREOF, the parties have caused this Note to be executed by its duly authorized representatives, the day and year above set forth.

LENDER

By: ______________________
Dynamic W2E 12, LLC

BORROWER

By: ______________________
Allied Energy Services, LLC

GUARANTOR

By: ______________________
C. Dean Alford

# EXHIBIT B



Roshan Amin <[redacted]@dynamicgroupmgmt.com>

## Dynamic AES - Pay off 8/13/2019

**Roshan Amin** <[redacted]@dynamicgroupmgmt.com>
To: Dean Alford <deanalford@mindspring.com>
Cc: Jitu Ghandi <jitug7952@gmail.com>

Tue, Aug 13, 2019 at 4:01 PM

Dean, Good afternoon.
I know you have been hounded about the Q2 Distributions and I am sure you are working on it.

The Dynamic AES group has decided that they will be opting to call their notes as of today.

Can you please prepare the checks for principle and interest through today.

- Please use our wiring instructions included here (not ACH). See attached
- See original loan notes attached.

With Best Regards,

Roshan Amin,

President & Chief Executive Officer





Dynamic Group
817 Broad Street, STE-201
Chattanooga, TN 37402
www.dynamicgroupmgmt.com
([redacted]) (c)
([redacted]) (o)
([redacted]) (f)
[redacted]@dynamicgroupmgmt.com

The information in this email, including any attachments, is confidential and if you are not the intended recipient be advised that you have received this email in error and any use, dissemination, forwarding, printing or copying of it is strictly prohibited, and may be subject to civil or criminal penalties. If you have received this email in error you should notify the sender by return email and delete the entire communication, including any attachments, from your computer system(s) or storage medium(s). It is the responsibility of the addressee to scan this mail and any attachments for computer viruses or other defects. The sender does not accept liability for any loss or damage of any nature, however caused, which may result directly or indirectly from this email or any file attached. Email sent through the Internet is not secure. This document is for internal use and is to be shared with management and legal

---

counsel only. Do not use email to send us sensitive information such as credit card numbers, PIN numbers, passwords, Social Security Numbers, account numbers or other such information. Please don't print this e-mail unless it is necessary.

---

**3 attachments**

**Note 2.pdf**
52K

**Note 1.pdf**
52K

**Wire Transfer Instructions - Dynamic AES.doc**
45K



Roshan Amin <ramin@dynamicgroupmgmt.com>

## RE: RE: RE: RE:

**Dean Alford** <deanalford@mindspring.com> — Wed, Aug 21, 2019 at 7:22 AM
To: Sachin Phade <saphade@aol.com>
Cc: Roshan Amin <ramin@dynamicgroupmgmt.com>

Sachin,
We have been in communication with Roshan Amin on the situation. We hope we can get everything square away this week.
Best regards,
Dean Alford

-----Original Message-----
From: Sachin Phade <saphade@aol.com>
Sent: Tuesday, August 20, 2019 6:39 PM
To: Dean Alford <deanalford@mindspring.com>
Subject: Re: RE: RE: RE:

Dean,
It's been another week since we've spoken. In total, it's been almost 3 weeks since you told me that the check was in the mail. Please call me immediately. I want the principal ($75000) and interest payable immediately as well as all of our P&I for Dynamic AES. I will not accept any further delay.
Sachin Phade
3120334795

Sent from my iPhone

> On Aug 13, 2019, at 14:28, Dean Alford <deanalford@mindspring.com> wrote:
>
> Sachin,
> I apologize but I have no phone records of you trying to reach me.
> Please give me a call on my cell (404) 372-7758 and we can discuss.
> Best regards,
> Dean Alford
>
> -----Original Message-----
> From: Sachin Phade <saphade@aol.com>
> Sent: Tuesday, August 13, 2019 8:34 AM
> To: Dean Alford <deanalford@mindspring.com>
> Subject: Re: RE: RE:
>
>
> Good morning,
> I am one of the Chattanooga investors in both the Waste management
> project (via Dynamic AES) and the most recent solar project. As per
> our conversation two weeks ago, I tried to contact you last week via
> phone call and text to notify you that I never received my Q2 interest
> checks. The solar checks are under my father (Vijaykumar Phade) and my children (Anisha and Amiya Phade).
> Our address is 3001 Enclave Bay Drive, Chattanooga TN 37415. As the
> checks are now over 1 month past due, I would like to exercise my
> right to withdraw the principal and interest on the solar project.