**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **KOSHA, LLC; et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CV:** 4:19-cv-00172-CDL |
| | ) | |
| **CLARENCE DEAN ALFORD;** | ) | |
| **et al** | ) | |
| **Defendants.** | ) | |

---

## [PROPOSED] PRELIMINARY INJUNCTIVE RELIEF

---

Before the Court is a Motion for Preliminary Injunctive Relief by Plaintiffs Kosha, LLC, et al. Upon due consideration of the arguments of counsel at the November 6, 2018 hearing, the pleadings of record, and the Motion, the Court finds that this Court has authority to enjoin Defendant Allied's financial accounts to protect Plaintiffs' equitable remedies and Plaintiffs' request for preliminary injunctive relief is due to be granted.

The court makes the following findings of fact and law:

1. Plaintiffs have requested appropriate equitable relief invoking this Court's inherent equitable powers under Federal Rule of Civil Procedure 65 to order preliminary relief, including an asset freeze, in order to assure the availability of permanent relief.

2. An asset freeze is appropriate when issued to preserve assets connected to the underlying illegal activity for possible disgorgement at a later time. Where the defendants' own deceptive practices prevent the court from determining the whereabouts of the assets connected to the underlying activity, the court may freeze those assets which it can justly and reasonably infer are related to the

underlying illegal activity. This court can reasonably infer that Allied's financial accounts are related to the underlying illegal activity.

3. Injunctive relief in the form of Preliminary Injunctive Relief is appropriate to preserve Plaintiffs requested equitable relief and assure permanent relief is possible. The permanent relief sought by Plaintiffs is the same in form as the relief sought in Plaintiffs' Motion and can only be assured through such Preliminary Injunctive Relief. Therefore, immediate and irreparable injury, loss, or damage will result to Plaintiffs absent the injunctive relief sought.

4. The injunctive relief sought preserves the status quo and, therefore, minimizes the costs or damages potentially incurred by Defendant.

Therefore, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Defendant Allied is enjoined and prohibited from withdrawing, depositing, transferring or otherwise taking action to interfere with its financial accounts.

2. Defendants have 14 days to submit evidence of regular recurring payments necessary to maintain the status quo of Allied. Upon such showing, the Court will modify this Preliminary Injunctive Relief.

3. Plaintiffs shall post a bond with the Clerk of the Court in the amount of $5,000 for the duration of the injunction.

Dated this ____ day of November, 2019.


Hon. _____