AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ALLIED ENERGY SERVICES, LLC__
was received by me on *(date)* __11/1/19__

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __JANE DOE (refused to divulge name)__, who is
designated by law to accept service of process on behalf of *(name of organization)* __ALLIED ENERGY SERVICES, LLC__
at: __1506 Klondike Road CONYERS, GA 30094__ on *(date)* __11/4/19 @ 9:55 AM__ or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __11-05-19__

Server's signature

__DON WAKEFIELD, JR./ PROCESS SERVER__
Printed name and title

__251 SPRINGS XING, CANTON, GA 30114__

Server's address

Additional information regarding attempted service, etc: