# Exhibit A

 



It accuses the defendants of concealing the theft with "fraudulent investments, business entities and ... misrepresentations"

Former Ga. Regent Dean Alford ran $6 million Ponzi scheme, suit says

AJC CONTINUING COVERAGE: FRAUD ALLEGATIONS  |  Oct 21, 2019

By Eric Stirgus, The Atlanta Journal-Constitution

The investors said they were assured the energy project would be profitable, and that the man behind it, Dean Alford, had exemplary credentials.

Alford was a former state lawmaker and was, at the time, on the powerful Georgia Board of Regents, which sets policy for the state's largest public colleges and universities. 

But a civil lawsuit filed Friday by 39 investors says Alford swindled them out of nearly $6 million in what they describe as a Ponzi scheme.

The lawsuit is the latest legal trouble for Alford, 66, who resigned his seat on the board earlier this month the same day he was charged with filing false paperwork and forging a university employee's signature to try to get about $2.2 million for his Rockdale County-based business, Allied Energy Services.

> **RELATED: Former Ga. Regent turns himself in on fraud charges**

About a dozen others, including Alford's wife, were named as defendants in the lawsuit, but the investors say Alford was the main character in the alleged scam. In all, there were 436 investors, the lawsuit complaint says. Most of the plaintiffs live in Columbus, Georgia.

"Defendants' fraudulent scheme was to ... steal a portion of the Plaintiffs' money, conceal the theft through deceit, including, without limitation, fraudulent investments, business entities and documentation and misrepresentations, and use the funds for their own lavish lifestyle," said the complaint, filed in U.S. District Court in Middle Georgia.

Efforts to reach Alford through Robert E. Wilson, a former DeKalb County district attorney who is representing Alford in the criminal case, were

unsuccessful Monday. Wilson has said he and Alford are cooperating with the investigative effort, but declined to offer details. 

Alford's wife, Debbie Dlugolenski Alford, and her son, David Dlugolenski, also a defendant, are "shocked at these allegations," their attorney, Kevin L. Ward, said Monday. "They know nothing about the facts alleged." The complaint says the two knew or assisted Alford. Dlugolenski Alford, the former chief executive of the Georgia Lottery, filed for divorce after the criminal charges, Ward said.

David Dlugolenski left the company in 2015, said Ward, who added he's trying to remove David and his mother from the lawsuit. Ward noted the investments in the project began in 2018. Alford is the only name listed on the company's annual registration with the Georgia Secretary of State's office.

Alford's company was founded in 1977 and worked on several projects in Georgia. In June 2018, Alford's company announced plans to build a waste-to-energy plant at the city of Augusta's landfill. The facility would convert up to 175,000 tons of trash a year into pinkie-sized pellets that can be burned as biomass fuel or converted into building materials, The Augusta Chronicle reported.

The project costs were about $36 million, according to the lawsuit complaint. Unable to get funding from corporate partners and venture capitalists to build the plant, Alford and others "concocted a scheme to use individual investors to raise funds," according to the lawsuit complaint. The biggest

contributor, according to the lawsuit, was Chattanooga-based Dynamic W2E 12 LLC, which invested $1.4 million. Most investors said they contributed between $25,000 and $100,000.

While news reports said Alford's company sought state and federal permitting for the project, the lawsuit complaint said that never happened.

The lawsuit says in an effort to pay back the people who put money in the landfill project, the defendants "furthered their fraud by concocting a Solar Energy project to gain additional investors."

**> MORE: Former UGA student pleads guilty to running Ponzi scheme**

The initial investors said Alford either told them "the check is in the mail" or didn't reply.

"In more recent days, Dean has continually represented to Plaintiffs that repayment of their money was imminent — however, to date, although demand of their return has been made, Defendants have yet to pay them," according to the lawsuit complaint.

Some plaintiffs said they invested in Allied's "Georgia Power Solar Farm Project," but Georgia Power said Monday it has no affiliation with Allied.

The plaintiffs want their money back, including interest.

**> RELATED: Ga. Regents member resigns amid criminal investigation**

In the criminal case, Alford allegedly last month gave Versant Funding, a Florida-based business, purchasing agreements and fraudulent invoices for work he said was done by his company. Versant is a financial services sector that specializes in "factoring," a financial transaction in which a business may sell its accounts receivable to a third party at a discount and pay a fee when the money is collected. Versant is a defendant in the civil case.

The invoices were for work Alford claimed his company did for the University of Georgia, officials said. The arrest report says there were also three invoices for Georgia Military College, two for Synovus and one for Inman Solar Inc., based in Atlanta. The invoices were sent between Sept. 20 and Oct. 1, the arrest report says.

Gov. Brian Kemp asked for Alford's resignation when the criminal charges were announced. The governor has the authority to appoint Alford's replacement, but has not yet chosen a successor.

---

Support real journalism. Support local journalism. Subscribe to The Atlanta Journal-Constitution today. See offers.

---

**THE STORY SO FAR**

Previously: Dean Alford resigned from the Georgia Board of Regents after being charged with racketeering and criminal attempt to commit theft by taking.

The latest: About 40 plaintiffs filed a civil lawsuit against Alford and others, accusing Alford of being the ringleader in a Ponzi scheme.

# Exhibit B

Case 4:19-cv-00172-CDL   Document 6   Filed 10/18/19   Page 8 of 28

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   **ALLIED ENERGY SERVICES, LLC**

was received by me on *(date)*   **11/1/19**

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   **JANE DOE (refused to divulge name)**   , who is

designated by law to accept service of process on behalf of *(name of organization)*   **ALLIED ENERGY SERVICES, LLC**

at: **1506 Klondike Road CONYERS, GA 30094**   on *(date)*   **11/4/19 @ 9:55 AM**  or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   **0.00**

I declare under penalty of perjury that this information is true.

Date:  **11-05-19**

_____
*Server's signature*

**DON WAKEFIELD, JR./ PROCESS SERVER**
*Printed name and title*

**251 SPRINGS XING, CANTON, GA 30114**

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      **ALLIED ENERGY SERVICES, LLC**

was received by me on *(date)*      **11/5/19**      .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*      **JANE DOE (refused to divulge name)**      , who is

designated by law to accept service of process on behalf of *(name of organization)* **ALLIED ENERGY SERVICES, LLC**

at: **1506 Klondike Road CONYERS, GA 30094**   on *(date)* **11/5/19 @ 12:15 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $      **0.00**      .

I declare under penalty of perjury that this information is true.

Date:   **11-05-19**

_____
Server's signature

**DON WAKEFIELD, JR./ PROCESS SERVER**
Printed name and title

**251 SPRINGS XING, CANTON, GA 30114**
Server's address

Additional information regarding attempted service, etc:

# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **KOSHA, LLC; et al** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CV: 4:19-cv-00172-CDL** |
| | ) | |
| **CLARENCE DEAN ALFORD;** | ) | |
| **et al** | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF DON WAKEFIELD, JR.

Before me, the undersigned Notary Public, in and for said State and County, personally appeared Don Wakefield, Jr., who after being duly sworn, states as follows:

1.     My name is Don Wakefield, Jr., I am over the age of nineteen years. I have personal knowledge concerning the following facts.

2.     I am a process server for Phoenix Legal and was given the work assignment of serving Clarence Dean Alford at his last known residence of 152 Wildwood Drive, Eatonton, Georgia 31024.

3.     On November 4, 2019 at 2:50 p.m. EST, I went to Alford's residence located at 152 Wildwood Drive, Eatonton, Georgia 31024 to serve him with

1

Plaintiffs' Complaint, Summons, and Plaintiffs' Application for Writ of Seizure or Attachment. I observed two vehicles, a black Ford Expedition with Georgia Tech Institution license plate and a white BMW with Georgia license plate, in the driveway. I knocked on the door and rang the doorbell; however, no one answered the door.

4.   On November 5, 2019, at 10:26 a.m. EST I again went to Alford's residence at 152 Wildwood Drive, Eatonton, Georgia 31024 and was unable to serve Alford because no one would answer the door. The same vehicles I observed on November 4, 2019 were in the driveway on November 5th.

5.   On November 7, 2019 at 6:25 p.m., I attempted to serve Alford at his residence. However, this time, I was prohibited from entering the property by the security guard who prevented me from accessing Alford's residence to serve him. Further, a Putnam County Sheriff was called to the gate and he further denied me entry upon the property.

Further affiant sayeth not.

_____
Don Wakefield, Jr.

2

STATE OF _Georgia_

COUNTY OF _Newton_

      The foregoing instrument was subscribed, sworn to and acknowledged before

me this _13_ day of November 2019.

                                          Notary Public

3

# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KOSHA, LLC; et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV: 4:19-cv-00172-CDL |
| | ) | |
| CLARENCE DEAN ALFORD; | ) | |
| et al | ) | |
| Defendants. | ) | |

---

## AFFIDAVIT OF YAWANNA N. MCDONALD

---

Before me, the undersigned Notary Public, in and for said State and County, personally appeared Yawanna N. McDonald, who after being duly sworn, states as follows:

1.    My name is Yawanna N. McDonald, I am over the age of nineteen years, I am an attorney licensed to practice law in Alabama, and I represent the Plaintiffs in this matter.  I have personal knowledge concerning the following facts.

2.    In October 2019, I hired Phoenix Legal to personally serve Defendant Clarence Dean Alford ("Alford") at his last known residence of 152 Wildwood

1

Drive[1], Eatonton, Georgia 31024, with Plaintiffs' Complaint and summons in this matter.

3.      On November 5, 2019, I received notice that the process server went to Alford's residence on November 4, 2019 at 2:50 p.m. EST and there was no answer at the door although vehicles were located in the driveway.  See Exhibit 1- Notice and picture of vehicles.

4.      Additionally, on November 5, 2019, I received notice that the process server went to Alford's residence again on November 5, 2019 at 10:26 a.m. EST and was unable to serve Alford because no one would answer the door.  Exhibit 2- Notice of attempted service.

5.      On November 5, 2019, I had communications via email and telephone with James C. Eidson, Esq., regarding Plaintiffs' allegations against Alford.  Mr. Eidson entered a Notice of Limited Appearance on behalf of Alford on November 6, 2019.

6.      On November 6, 2019, I instructed the process server to visit Alford's residence after 5 p.m., or even the weekend in hopes of locating him for service.

7.      To that end, on November 7, 2019 at 6:25 p.m., the process server again attempted to serve Alford at his residence.  However, this time, the process server

---

[1] Affiant was able to obtain this address from recently filed, October 3, 2019, divorce proceedings in *Dlugolenski v Alford*, SUCV-2019-000231, Superior Court Putnam County, Georgia.

was stopped by the property security guard and prevented from accessing Alford's residence to serve him. Further, a Putnam County Sheriff was called to the gate and he further denied Plaintiffs' process server entry. Exhibit 3- Notice of attempted service.

8.      On November 9, 2019, I emailed Mr. Eidson to see if he could accept service on behalf of Alford and/or see if Mr. Eidson could obtain information from Alford regarding where Alford would like to be served. Exhibit 4- Email to Eidson.

9.      Unfortunately, Mr. Eidson has not been able to obtain approval to accept service on behalf of Alford and as of the November 11, 2019 at 7:55 a.m. CST had not heard from Alford lately. Exhibit 4.

10.      Prior to filing this action, Plaintiffs had direct communications with Alford regarding their investments with his company, Allied Energy Services, LLC. Further Alford, along with Allied Energy Services, LLC., is a guarantor for Plaintiffs' loans. As such, Alford is an integral necessary party to this litigation.

11.      After performing due diligence in our attempts to serve Alford, I believe that Alford is actively concealing himself to avoid service of the summons and therefore Plaintiffs cannot successfully serve him.

12.      Further, Plaintiffs' counsel has no other information, besides his Wildwood Drive residence, as to where Alford can be located to serve him and

3

therefore believe service by publication pursuant to O.C.G.A. § 9–11–4(f)(1)(C) is necessary to effectuate service on Alford.

Further affiant sayeth not.

_Yawanna N. McDonald_
Yawanna N. McDonald

STATE OF _Alabama_

COUNTY OF _Jefferson_

    The foregoing instrument was subscribed, sworn to and acknowledged before me this _14_ day of November 2019.

_Janie M. Oden_
Notary Public

4

# Exhibit 1

**Yawanna McDonald**

| | |
|---|---|
| **From:** | Frank James <notifications@mail.servemanager.com> |
| **Sent:** | Tuesday, November 5, 2019 9:25 AM |
| **To:** | Yawanna McDonald |
| **Subject:** | [ServeManager] Job #3945192 Update |

# Attempted Serve

Frank James shared a service notification with you:

## Details

**Process Server:** Don Wakefield, Jr.

**Date & Time:** Nov 4, 2019, 2:50 pm EST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

No answer. No activity. There were two vehicles in the driveway. (1) A black Ford Expedition with GA Tech Institution plate          Registered in July and expired in July of 2019. (2) A white BMW with GA plate No.          Expires in April 2020.

## Service Address

152 Wildwood Drive, Eatonton, GA 31024

---

# Job & Case

**Job:** 3945192

**Recipient:** CLARENCE DEAN ALFORD

**Case:** 4:19-cv-00172-CDL

**Plaintiff:** KOSHA, LLC; et al

**Defendant:** CLARENCE DEAN ALFORD; et al

**Court:** USDC

**County:** Middle District Columbus Division

**Documents:** APPLICATION FOR WRIT OF SEIZURE OR ATTACHMENT,SUMMONS IN A CIVIL ACTION,COMPLAINT,EXHIBITS



--
**Frank James**
**770.873.6999**

*PHOENIX LEGAL*
*251 Springs Xing*
*Canton, GA 30114*
**http://phoenixlegalpi.com/**

# Exhibit 2

**Yawanna McDonald**

| | |
|---|---|
| **From:** | Frank James <notifications@mail.servemanager.com> |
| **Sent:** | Tuesday, November 5, 2019 9:51 AM |
| **To:** | Yawanna McDonald |
| **Subject:** | [ServeManager] Job #3945192 Update |

# Attempted Serve

Frank James shared a service notification with you:

## Details

**Process Server:** Don Wakefield, Jr.

**Date & Time:** Nov 5, 2019, 10:26 am EST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

No answer. No activity. There were two vehicles in the driveway. (1) A black Ford Expedition with GA Tech Institution plate No.       Registered in July and expired in July of 2019. (2) A white BMW with GA plate No.             Expires in April 2020.

## Service Address

152 Wildwood Drive, Eatonton, GA 31024

---

# Job & Case

**Job:** 3945192

**Recipient:** CLARENCE DEAN ALFORD

**Case:** 4:19-cv-00172-CDL

**Plaintiff:** KOSHA, LLC; et al

**Defendant:** CLARENCE DEAN ALFORD; et al

**Court:** USDC

**County:** Middle District Columbus Division

**Documents:** APPLICATION FOR WRIT OF SEIZURE OR ATTACHMENT,SUMMONS IN A CIVIL ACTION,COMPLAINT,EXHIBITS

Exhibit 3

**Yawanna McDonald**

| | |
|---|---|
| **From:** | Frank James <notifications@mail.servemanager.com> |
| **Sent:** | Sunday, November 10, 2019 8:19 AM |
| **To:** | Yawanna McDonald |
| **Subject:** | [ServeManager] Job #3945192 Update |

# Attempted Serve

Frank James shared a service notification with you:

## Details

**Process Server:** Don Wakefield, Jr.

**Date & Time:** Nov 7, 2019, 6:25 pm EST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

I was unable to access the property due to the security guard at the front gate who denied me access. The Sheriff of Putnam County was called out and unfortunately was also unable to allow me access due to his interpretation of the Federal Law.

## Service Address

152 Wildwood Drive, Eatonton, GA 31024

---

# Job & Case

**Job:** 3945192

**Recipient:** CLARENCE DEAN ALFORD

**Case:** 4:19-cv-00172-CDL

**Plaintiff:** KOSHA, LLC; et al

**Defendant:** CLARENCE DEAN ALFORD; et al

**Court:** USDC

**County:** Middle District Columbus Division

**Documents:** APPLICATION FOR WRIT OF SEIZURE OR ATTACHMENT,SUMMONS IN A CIVIL ACTION,COMPLAINT,EXHIBITS

1

Exhibit 4

**Yawanna McDonald**

| | |
|---|---|
| **From:** | James Eidson <james@eidsonlawfirm.com> |
| **Sent:** | Monday, November 11, 2019 7:55 AM |
| **To:** | Yawanna McDonald |
| **Cc:** | Andy Campbell |
| **Subject:** | RE: Service |

Good morning Yawanna.  I do not have approval to accept service on behalf of Dean.  I have not heard from him lately.  Also, I have not yet been fully retained as of yet.  If I get retained, I will let you know and we can touch base on service.  Many thanks.

James C. Eidson, Esq.
The Eidson Law Firm, P.A.
401 Rusmor Street
Orange Park, Florida 32073
Phone: (904) 990-8080
Fax: (904) 990-1768
james@eidsonlawfirm.com

This e-mail contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) named above.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please notify us by reply e-mail and delete this e-mail from your records.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This disclosure is intended to satisfy U.S. Treasury Department regulations.

-----Original Message-----
From: Yawanna McDonald <yawanna@campbellpartnerslaw.com>
Sent: Saturday, November 9, 2019 8:56 AM
To: James Eidson <james@eidsonlawfirm.com>
Cc: Andy Campbell <andy@campbellpartnerslaw.com>
Subject: Service

James,
Do you have approval to accept service for Dean? Or ask Dean where he would like us to serve him at? He's avoiding service at his residence. Thanks

Best regards,
Yawanna