## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 4:19-cv-00172-CDL | USDC | Middle District Columbus Division, GA | 3945191 |
| **Plaintiff / Petitioner:** | | **Defendant / Respondent:** | |
| KOSHA, LLC; et al | | CLARENCE DEAN ALFORD; et al | |
| **Received by:** | | **For:** | |
| Phoenix Legal | | Campbell Partners Law | |
| **To be served upon:** | | | |
| DAN ALFORD | | | |

I, Don Wakefield, Jr., being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** DAN ALFORD, HOME: 3429 MONICA LN SW, CONYERS, GA 30094

**Manner of Service:** Personal/Individual, Nov 7, 2019, 6:49 am EST

**Documents:** APPLICATION FOR WRIT OF SEIZURE OR ATTACHMENT,SUMMONS IN A CIVIL ACTION,COMPLAINT,EXHIBITS

**Additional Comments:**

1) Unsuccessful Attempt: Nov 4, 2019, 12:20 pm EST at HOME: 3429 MONICA LN SW, CONYERS, GA 30094
No answer. No activity. No vehicles. There was a package at the front door addressed to the defendant.

2) Unsuccessful Attempt: Nov 5, 2019, 11:06 am EST at HOME: 3429 MONICA LN SW, CONYERS, GA 30094
No answer. No activity. No vehicles. There was a package at the front door addressed to the defendant.

3) Successful Attempt: Nov 7, 2019, 6:49 am EST at HOME: 3429 MONICA LN SW, CONYERS, GA 30094 received by DAN ALFORD. Age: 50-55; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'10"; Hair: Black;

_Don Wakefield, Jr._    11-13-19
Don Wakefield, Jr.         Date

Phoenix Legal
251 Springs Xing
Canton, GA 30114
404-274-8804