# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **KOSHA, LLC; et al** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **CV:** 4:19-cv-00172-CDL |
| | ) |
| **CLARENCE DEAN ALFORD;** | ) |
| et al | ) |
| **Defendants.** | ) |

## NOTICE OF DISMISSAL OF
## DEFENDANT DAVID DLUGOLENSKI

Plaintiffs through their undersigned counsel submit the following notice of dismissal without prejudice of David Dlugolenski pursuant to Rule 41(a)(1)(A)(i). This 15th day of November, 2019.

    Respectfully submitted,

    */s/ Yawanna N. McDonald*
    Yawanna N. McDonald (*Admitted PHV*)
    (ASB 9372-B58T)
    Andrew P. Campbell (*Admitted PHV*)
    Erin G. Godwin (*Admitted PHV*)

**OF COUNSEL:**

**CAMPBELL PARTNERS, LLC**
505 20th Street North
Suite 1600
Birmingham, AL 35203
Tel: 205.224.0756
Fax: 205.383.2646
andy@campbellpartnerslaw.com
yawanna@campbellpartnerslaw.com
erin@campbellpartnerslaw.com

S. Lester Tate, III (GA 698835)
**Akin & Tate Attorneys**
11 S Public Square
Cartersville, GA 30120
lester@akin-tate.com
770-382-0780

Augusta S. Dowd (*Admitted PHV*) (ASB-5274-D58A)
J. Mark White (*Admitted PHV*)
**WHITE ARNOLD & DOWD, P.C.**
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
adowd@whitearnolddowd.com
mwhite@whitearnolddowd.com

## Certificate of Service

I do hereby certify that I have, on this 15th day of November 2019, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other parties.

*Yawanna N. McDonald*
Of Counsel
