## AFFIDAVIT OF SERVICE

| Case:<br>4:19-cv-00172-CDL | Court:<br>USDC | County:<br>Middle District Columbus Division, GA | Job:<br>3945194 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>KOSHA, LLC; et al | | **Defendant / Respondent:**<br>CLARENCE DEAN ALFORD; et al | |
| **Received by:**<br>Phoenix Legal | | **For:**<br>Campbell Partners Law | |
| **To be served upon:**<br>AUGUSTA WASTE TO ENERGY C/O TERRY MASSEY | | | |

I, Don Wakefield, Jr., being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JANE DOE, AUTHORIZED TO ACCEPT ON BEHALF OF: AUGUSTA WASTE TO ENERGY C/O TERRY MASSEY, 1506 KLONDIKE RD SW STE. 105, CONYERS, GA 30094

**Manner of Service:** Corporation, Nov 15, 2019, 12:25 pm EST

**Documents:** APPLICATION FOR WRIT OF SEIZURE OR ATTACHMENT, SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBITS

**Additional Comments:**
1) Unsuccessful Attempt: Nov 4, 2019, 10:30 am EST at COMPANY: 945 Bank Street Suite A, CONYERS, GA 30012
Suite A was in a re-modeling process for another business unrelated to "Augusta Waste to Energy" C/O Terry Massey.
-Contractors told me that the owner of the building, occupied the upstairs office. I made contact with the building owner / Law Firm. He told me that "Terry Massey was once an occupant but no longer leased any space.

2) Unsuccessful Attempt: Nov 14, 2019, 6:02 pm EST at 152 Wildwood Drive, Eatonton, GA 31024
The security guard would not allow entry into the neighborhood in order to properly serve the legal documents.

3) Successful Attempt: Nov 15, 2019, 12:25 pm EST at 1506 KLONDIKE RD SW STE. 105, CONYERS, GA 30094 received by JANE DOE, AUTHORIZED TO ACCEPT ON BEHALF OF: AUGUSTA WASTE TO ENERGY C/O TERRY MASSEY. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 145; Height: 5'3"; Hair: White; Relationship: AUTHORIZED AGENT FOR SERVICE;

_Don Wakefield, Jr._     11-18-19
Don Wakefield, Jr.        Date

Phoenix Legal
251 Springs Xing
Canton, GA 30114
404-274-8804

_Kacie G. Whiten_   11/18/19

[Notary Seal: KACIE G WHITEN, NOTARY PUBLIC, NEWTON COUNTY, GA, Exp. May 15, 2020]