UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KOSHA, LLC, et al.,

    Plaintiffs,

v.                                                                      Case No.: 4:19-cv-00172-CDL

CLARENCE DEAN ALFORD, et al.,

    Defendants.

_____/

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendant, CLARENCE DEAN ALFORD ("*Mr. Alford*"), by and through his undersigned counsel, and pursuant to Local Rule 7.7 and Fed. R. Civ. P. 6(b), files this Unopposed Motion for Extension of Time to Respond to Complaint (the "*Motion*"), and states in support thereof as follows:

1.    On November 27, 2019, Mr. Alford was served with a summons and a copy of the Complaint. As such, Mr. Alford's response to the Complaint is currently due by December 18, 2019.

2.    Based on the complexity of this matter, the upcoming holidays, and undersigned counsel's schedule, Mr. Alford respectfully requests additional time, until January 20, 2020, to respond to the Complaint.

**Memorandum of Law**

The Court has discretion under Local Rule 7.7 and Fed. R. Civ. P. 6(b) to grant Mr. Alford's requested extension of time for good cause. This Motion is not being filed for purposes of delay, but an extension is necessary in order for Mr. Alford to properly respond. In this regard, Mr.

Alford respectfully submits that good cause exists to grant the extension. Specifically, the facts that underlie this case are complex and voluminous and will require additional time to formulate a response. Further, other pending matters, the upcoming holidays, and undersigned counsel's schedule require a request for additional time.

### Local Rule 7.7 Certification

Pursuant to Local Rule 7.7, undersigned counsel has conferred with counsel for Plaintiffs who do not oppose the requested relief.

WHEREFORE, based on the foregoing Defendant, CLARENCE DEAN ALFORD, respectfully requests an Order granting him an extension of time to January 20, 2020 within which to respond to the Complaint.

Respectfully submitted this 17th day of December, 2019.

THE EIDSON LAW FIRM, P.A.

By: /s/ James C. Eidson
JAMES C. EIDSON, Esq.
Georgia Bar No.: 283652
401 Rusmor Street
Orange Park, FL 32073
Telephone: (904) 990-8080
Facsimile: (904) 990-1768
james@eidsonlawfirm.com

### CERTIFICATE OF SERVICE

I HEREBY certify that on this 17th day of December, 2019, a true and correct copy of the foregoing document was furnished electronically to all interested parties through the Court's CM/ECF system.

/s/ James C. Eidson
James C. Eidson, Esq.