# EXHIBIT A

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
PUTNAM COUNTY, GEORGIA

**SUCV2019000231**

FEB 11, 2020 04:23 PM

*Sheila H. Perry*
Sheila Perry, Clerk
Putnam County, Georgia

**IN THE SUPERIOR COURT OF PUTNAM COUNTY**
**STATE OF GEORGIA**

DEBRA VAUGHN DLUGOLENSKI,    )
    )
       Petitioner,    )    CIVIL ACTION FILE
    )    NO. 2019CV231
v.    )
    )
CLARENCE DEAN ALFORD,    )
    )
       Respondent.    )
    )

## PETITIONER'S NOTICE OF 30(B)(6) DEPOSITION DUCES TECUM TO NON-PARTY ARIYA PROPERTIES, LLC

TO:    Ariya Properties, LLC
    c/o Shyam Khanwani, Registered Agent
    303 Revolution Drive, Peachtree City, GA 30269

PLEASE TAKE NOTICE that, pursuant to the provisions of the entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. §§ 9-11-30(b)(6), 9-11-32, 9-11-34, and 9-11-45, Petitioner Debra Vaughn Dlugolenski ("Petitioner") will take the deposition of a Rule 30(b)(6) representative of ARIYA PROPERTIES, LLC at the Hilton Garden Inn, 2010 North Commerce Drive, Peachtree City, Georgia 30269, on **Friday, February 21, 2020 at 10:00 a.m.,** before an officer there present who is duly authorized by law to administer oaths and will be recorded by stenographic means.  The deposition shall be taken pursuant to the entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. § 9-11-30(b)(6) and O.C.G.A. § 9-11-45, for the purpose of discovery, for the preservation of evidence and testimony to be used at trial, and for all other purposes permitted by law.

Ariya Properties, LLC shall designate one or more officers, directors and/or managing agents to testify on its behalf in regard to the matters set forth in Exhibit "A" of the enclosed Subpoena.  Ariya Properties, LLC is further required to prepare the designated deponent(s) so that

such person(s) can give complete, knowledgeable, and binding answer on behalf of Ariya Properties, LLC. The designated deponent(s) shall testify as to the matters known or reasonably available in regard to the documents, authenticity, and subject matter of the topics listed in Exhibit "A" of the enclosed Subpoena. If for any reason this deposition cannot be commenced, or if commenced, cannot be concluded on that day, the deposition will continue daily at the same time and place until completed.

Ariya Properties, LLC is further required to produce the documents set forth in the "Schedule of Documents to be Produced" on Exhibit "A" of the enclosed Subpoena on or before **5:00 p.m.** on **Wednesday, February 19, 2020** to Petitioner's counsel, Kevin L. Ward, Esq., at Schulten Ward Turner & Weiss, LLP, 260 Peachtree Street NW, Suite 2700, Atlanta, Georgia 30303.

This 11th day of February 2020.

**SCHULTEN WARD TURNER & WEISS, LLP**

*/s/ Kevin L. Ward*
Kevin L Ward, Georgia Bar No. 737020
Ida Sassani, Georgia Bar No. 755953
*Counsel for Petitioner*

260 Peachtree Street, NW, Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Office
(404) 688-6840 Facsimile
k.ward@swtwlaw.com
i.sassani@swtwlaw.com

**IN THE SUPERIOR COURT OF PUTNAM COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| DEBRA VAUGHN DLUGOLENSKI, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION FILE |
| | ) | NO. 2019CV231 |
| v. | ) | |
| | ) | |
| CLARENCE DEAN ALFORD, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused a true and correct copy of the above and foregoing **Petitioner's Notice of 30(b)(6) Deposition Duces Tecum to Non-Party Ariya Properties, LLC** and attached **Subpoena to Ariya Properties, LLC for Rule 30(b)(6) Deposition and for the Production of Documents** to be served upon counsel for Respondent by statutory electronic service and by filing same with the Clerk of Court using the PeachCourt system which provides automatic notice to:

> Marcy A. Hanks, Esq.
> Foster Hanks & Ballard
> 302 North Broad Street
> P.O. Box 710
> Monroe, Georgia 30655
> hanks@fhblawfirm.com

and upon the following by Federal Express, overnight delivery, at the following address:

> Ariya Properties, LLC
> c/o Shyam Khanwani, Registered Agent
> 303 Revolution Drive
> Peachtree City, GA 30269
> *Tracking No. 7777 3925 1267*

[*signature on following page*]

- 3 -

So certified, this 11th day of February 2020.

SCHULTEN WARD TURNER & WEISS, LLP

*/s/ Kevin L. Ward*
Kevin L. Ward, Georgia Bar No. 737020

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)
k.ward@swtwlaw.com

**IN THE SUPERIOR COURT OF PUTNAM COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| DEBRA VAUGHN DLUGOLENSKI, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION FILE |
| | ) | NO. 2019CV231 |
| v. | ) | |
| | ) | |
| CLARENCE DEAN ALFORD, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**SUBPOENA TO NON-PARTY ARIYA PROPERTIES, LLC FOR**
**RULE 30(b)(6) DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS**

TO:     Ariya Properties, LLC
        c/o Shyam Khanwani, Registered Agent
        303 Revolution Drive, Peachtree City, GA 30269

YOU ARE HEREBY COMMANDED that, laying all other business aside, your designated representative(s) shall personally be and appear at the Hilton Garden Inn, 2010 North Commerce Drive, Peachtree City, Georgia 30269, on **Friday, February 21, 2020 at 10:00 a.m.** before the officer there present who is duly authorized by law to take your deposition by stenographic means.  Your designated representative(s) shall then and there be sworn as a witness to give a deposition on oral examination by counsel for Petitioner pursuant to the entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. §§ 9-11-30(b)(6), 9-11-32, 9-11-34, and 9-11-45, for the purpose of discovery, for the preservation of evidence and testimony to be used at trial, and for all other purposes permitted by law.

The deposition shall be taken pursuant to O.C.G.A. § 9-11-30(b)(6) which requires you to designate one or more officers, directors and/or managing agents to testify on your behalf in regard to the matters set forth in Exhibit "A" hereto.  You are further required to prepare the designated deponent(s) so that such person(s) can give complete, knowledgeable, and binding answer on

- 5 -

behalf of Ariya Properties, LLC. Your designated deponent(s) shall testify as to the matters known or reasonably available to you in regard to the documents, authenticity, and subject matter of the topics listed in Exhibit "A" hereto. If for any reason this deposition cannot be commenced, or if commenced, cannot be concluded on that day, the deposition will continue daily at the same time and place until completed.

YOU ARE FURTHER COMMANDED to produce the documents set forth in the "Schedule of Documents to be Produced" on Exhibit "A" attached hereto on or before **5:00 pm** on **Wednesday, February 19, 2020** to Petitioner's counsel, Kevin L. Ward, Esq., at Schulten Ward Turner & Weiss, LLP, 260 Peachtree Street NW, Suite 2700, Atlanta, Georgia 30303. Said production may be by electronic mail to k.ward@swtwlaw.com at your option.

ISSUED, this 11th day of February 2020.

**SCHULTEN WARD TURNER & WEISS, LLP**

*/s/ Kevin L. Ward*

Kevin L. Ward, Georgia Bar No. 737020
Ida Sassani, Georgia Bar No. 755953
*Counsel for Petitioner*

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Facsimile)
k.ward@swtwlaw.com
i.sassani@swtwlaw.com

## EXHIBIT "A"

### DEFINITIONS

As used in this request, the following words shall be defined as follows:

1. "Person" means any natural person, corporation, limited liability company, partnership, proprietorship, association, organization or group of persons.

2. "Document" means every writing or record of every type and description that is or has been in your possession, control, and/or custody, or of which you have knowledge, including, but not limited to, correspondence, letters, emails, electronic mail, electronic messages, facsimiles, exact copies, duplications, reproductions, communications, messages, memos, memoranda, tapes, stenographic notes, handwritten notes, notes, notebooks, diaries, papers, work papers, annotations, books, authorities, treatises, studies, surveys, reports, reviews, evaluations, assessments, examinations, investigations, appraisals, analyses, statements, descriptions, articles, graphs, grids, tables, charts, spreadsheets, worksheets, databases, contracts, statements, settlement statements, agreements, books, publications, pamphlets, estimates, invoices, payment receipts, logs, plans, plats, pictures, diagrams, sketches, drawings, photographs, videos, DVDs, CDs, calendars, desk calendars, computed disks, tapes, voice or other recording and computer records or other data compilations from which information can be obtained and translated.  The term "document" is used herein in the broadest possible sense contemplated by any and all applicable court rules, and shall include, without limitation, drafts, duplicates, printouts, mark-ups, copies, print screens, and all handwritten, typewritten, electronically printed, recorded, taped, graphic, machine readable, computer generated, computer accessed or other material, of whatever nature and in whatever form, including all non-identical copies thereof and all copies bearing any notation or mark not found on the original.

3. "You" and/or "your" means Ariya Properties, LLC, its directors, officers, agents, attorneys, affiliates, subsidiaries, divisions, partners, parents, predecessors, successors, joint venturers, employees, representatives, and any and all other persons acting for, purporting to act for, or subject to the control of the entity, or its subsidiaries, parents, predecessors or successors.

4. "Dlugolenski" shall refer to Debra Vaughn Dlugolenski a/k/a Debbie Dlugolenski a/k/a Debbie Dlugolenski Alford and each and every person acting on her behalf.

5. "Alford" shall refer to Clarence Dean Alford and each and every person acting on his behalf.

6. "Allied Energy" shall refer to Allied Energy Services, LLC and each and every person acting on its behalf.

7. "Augusta Waste-to-Energy" shall refer to Augusta Waste-to-Energy, LLC and each and every person acting on its behalf.

8. "Augusta Waste-to-Management" shall refer to Augusta Waste-to-Management, LLC and each and every person acting on its behalf.

9. "Augusta Project" shall refer to that certain municipal solid waste recovery and conversion plant to be located on the site of the Augusta-Richmond County, Georgia landfill.

10. "Kosha Litigation" shall refer to that lawsuit styled *Kosha, LLC, et al. v. Clarence Dean Alford, et al.,* United States District Court, Middle District of Georgia, Case No. 4:19-cv-00172-CDL.

11. "Complaint" shall refer to the Complaint filed on October 18, 2019 in the Kosha Litigation.

12. "Kosha Plaintiffs" shall refer to the forty (40) plaintiffs who initiated the Kosha Litigation, either collectively or individually.

**30(B)(6) DEPOSITION TOPICS**

1.      Any and all communications between you and Dlugolenski from January 1, 2016 to present.

2.      Any representations made by or purporting to be from Dlugolenski relating to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, the Augusta Project and/or any solar energy or waste-to-energy projects.

3.      Any evidence you have from any source that Dlugolenski had knowledge of loans being made by you and/or any of the Kosha Plaintiffs to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, or any entity you know or believe to be affiliated with Alford.

4.      Any evidence you have or are aware of that "Debbie Dlugolenski Alford had knowledge of and assisted Dean Alford in perpetration of the scheme to defraud" you as alleged in paragraph 44 of the Complaint.

5.      Any claims you have or plan to assert against the assets of Alford.

6.      Any claims you have or plan to assert against the assets of Dlugolenski and the factual basis for those claims.

7.      Any claims you have or plan to assert against the marital assets of Dlugolenski and Alford and the factual basis for those claims.

**SCHEDULE OF DOCUMENTS TO BE PRODUCED**

Please produce the following:

1.      Any and all written communications between you and Dlugolenski from January 1, 2016 to present.

2.      Any and all documents containing or referencing representations made by or purporting to be from Dlugolenski relating to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, the Augusta Project and/or any solar energy or waste-to-energy projects.

3.      Any and all documents from any source that show or evidence that Dlugolenski had knowledge of loans being made by you and/or any of the Kosha Plaintiffs to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, or any entity you know or believe to be affiliated with Alford.

4.      Any and all documents that evidence that "Debbie Dlugolenski Alford had knowledge of and assisted Dean Alford in perpetration of the scheme to defraud" you as alleged in paragraph 44 of the Complaint.

5.      Any and all documents which support any claims you have or plan to assert against the assets of Alford.

6.      Any and all documents which support any claims you have or plan to assert against the assets of Dlugolenski.

7.      Any and all documents which support any claims you have or plan to assert against the marital assets of Dlugolenski and Alford.



WM. SCOTT SCHULTEN
KEVIN L. WARD
DAVID L. TURNER
ERIC L. WEISS
JON R. ERICKSON
J. ZACHARY ZIMMERMAN
ANDREA L. PAWLAK
ROBERT M.D. MERCER
DEAN R. FUCHS
BRANDON C. HARDY

## SCHULTEN WARD TURNER & WEISS

**ATTORNEYS AT LAW**

A LIMITED LIABILITY PARTNERSHIP

MARIA F. STEDRY
TYLER K. KEENAN
AIMEE D. LaTOURETTE
IDA SASSANI
SETH A. BOSO
KIMBERLEY F. CLARK
MEGAN E. NAIOTI

ROBERT C. LAMAR, OF COUNSEL
DAVID W. DAVENPORT, OF COUNSEL
STEVEN H. SADOW, SPECIAL COUNSEL

Writer's Email: s.pippin@swtwlaw.com
Writer's Direct Dial: (404) 419-2940
Writer's Facsimile: (404) 688-6840

February 11, 2020

**VIA FEDERAL EXPRESS,
OVERNIGHT DELIVERY**

Kosha, LLC
c/o Kamlesh Patel, Registered Agent
6948 Gaines Ridge Road
Columbus, Georgia 31904
*Tracking No. 7777 4273 2890*

RE:     Debra Vaughn Dlugolenski v. Clarence Dean Alford
        Putnam County Superior Court, Georgia; Civil Action File No. 2019CV231
        SWTW File No. 5097.011

To Whom It May Concern:

This firm represents Petitioner Debra Vaughn Dlugolenski in the above-referenced matter. Enclosed please find Petitioner's Notice of 30(b)(6) Deposition Duces Tecum to Non-Party Kosha, LLC and attached Subpoena to Kosha, LLC for Rule 30(b)(6) Deposition and for the Production of Documents scheduling the deposition of a designated representative of Kosha, LLC for Thursday, February 20, 2020 at 10:00 a.m. I have also enclosed Schulten Ward Turner & Weiss, LLP's check made payable to Kosha, LLC to cover the witness appearance and mileage fees.

In addition to commanding the appearance of Kosha, LLC's representative, this Subpoena has been issued for the purpose of obtaining copies of the documents listed on Exhibit "A" attached to the Subpoena. Please provide the requested documents to Kevin L. Ward, Esq. at 260 Peachtree Street, NW, Suite 2700, Atlanta, Georgia 30303 on or before 5:00 p.m. on Tuesday, February 18, 2020. If possible, I ask that you provide documents in electronic format.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Stephanie J. Pippin
*Paralegal to Kevin L. Ward*

cc:     Marcy A. Hanks, Esq. *(via email)*

IN THE SUPERIOR COURT OF PUTNAM COUNTY
STATE OF GEORGIA

DEBRA VAUGHN DLUGOLENSKI,   )
                                   )
      Petitioner,            )      CIVIL ACTION FILE
                                   )      NO. 2019CV231
v.                         )
                                 )
CLARENCE DEAN ALFORD,     )
                                 )
      Respondent.       )

## PETITIONER'S NOTICE OF 30(B)(6) DEPOSITION DUCES TECUM TO NON-PARTY KOSHA, LLC

TO:   Kosha, LLC
       c/o Kamlesh Patel, Registered Agent
       6948 Gaines Ridge Road, Columbus, Georgia 31904

PLEASE TAKE NOTICE that, pursuant to the provisions of the entire Georgia Civil

Practice Act, including, but not limited to, O.C.G.A. §§ 9-11-30(b)(6), 9-11-32, 9-11-34, and 9-

11-45, Petitioner Debra Vaughn Dlugolenski ("Petitioner") will take the deposition of a Rule

30(b)(6) representative of KOSHA, LLC at the Government Center Tower, Ground Floor

Conference Room, 100 E. 10th Street, Columbus, Georgia 31901 on **Thursday, February 20,**

**2020 at 10:00 a.m.,** before an officer there present who is duly authorized by law to administer

oaths and will be recorded by stenographic means.  The deposition shall be taken pursuant to the

entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. § 9-11-30(b)(6) and

O.C.G.A. § 9-11-45, for the purpose of discovery, for the preservation of evidence and testimony

to be used at trial, and for all other purposes permitted by law.

Kosha, LLC shall designate one or more officers, directors and/or managing agents to

testify on its behalf in regard to the matters set forth in Exhibit "A" of the enclosed Subpoena.

Kosha, LLC is further required to prepare the designated deponent(s) so that such person(s) can

give complete, knowledgeable, and binding answer on behalf of Kosha, LLC. The designated deponent(s) shall testify as to the matters known or reasonably available in regard to the documents, authenticity, and subject matter of the topics listed in Exhibit "A" of the enclosed Subpoena. If for any reason this deposition cannot be commenced, or if commenced, cannot be concluded on that day, the deposition will continue daily at the same time and place until completed.

Kosha, LLC is further required to produce the documents set forth in the "Schedule of Documents to be Produced" on Exhibit "A" of the enclosed Subpoena on or before **5:00 p.m.** on **Tuesday, February 18, 2020** to Petitioner's counsel, Kevin L. Ward, Esq., at Schulten Ward Turner & Weiss, LLP, 260 Peachtree Street NW, Suite 2700, Atlanta, Georgia 30303.

This 11th day of February 2020.

**SCHULTEN WARD TURNER & WEISS, LLP**

*/s/ Kevin L. Ward*
Kevin L Ward, Georgia Bar No. 737020
Ida Sassani, Georgia Bar No. 755953
*Counsel for Petitioner*

260 Peachtree Street, NW, Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Office
(404) 688-6840 Facsimile
k.ward@swtwlaw.com
i.sassani@swtwlaw.com

IN THE SUPERIOR COURT OF PUTNAM COUNTY
STATE OF GEORGIA

DEBRA VAUGHN DLUGOLENSKI,           )
                                    )
        Petitioner,                 )     CIVIL ACTION FILE
                                    )     NO. 2019CV231
v.                                  )
                                    )
CLARENCE DEAN ALFORD,               )
                                    )
        Respondent.                 )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the above and

foregoing **Petitioner's Notice of 30(b)(6) Deposition Duces Tecum to Non-Party Kosha, LLC**

and attached **Subpoena to Kosha, LLC for Rule 30(b)(6) Deposition and for the Production**

**of Documents** to be served upon counsel for Respondent by statutory electronic service and by

filing same with the Clerk of Court using the PeachCourt system which provides automatic notice

to:

> Marcy A. Hanks, Esq.
> Foster Hanks & Ballard
> 302 North Broad Street
> P.O. Box 710
> Monroe, Georgia 30655
> hanks@fhblawfirm.com

and upon the following by Federal Express, overnight delivery, at the following address:

> Kosha, LLC
> c/o Kamlesh Patel, Registered Agent
> 6948 Gaines Ridge Road
> Columbus, Georgia 31904
> *Tracking No. 7777 4273 2890*

*[signature on following page]*

- 3 -

So certified, this 11th day of February 2020.

SCHULTEN WARD TURNER & WEISS, LLP

*/s/ Kevin L. Ward*
Kevin L. Ward, Georgia Bar No. 737020

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)
k.ward@swtwlaw.com

IN THE SUPERIOR COURT OF PUTNAM COUNTY
STATE OF GEORGIA

DEBRA VAUGHN DLUGOLENSKI,            )
                                    )
            Petitioner,             )        CIVIL ACTION FILE
                                    )        NO. 2019CV231
v.                                  )
                                    )
CLARENCE DEAN ALFORD,               )
                                    )
            Respondent.             )
_____)

## SUBPOENA TO NON-PARTY KOSHA, LLC FOR
## RULE 30(b)(6) DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS

TO:    Kosha, LLC
       c/o Kamlesh Patel, Registered Agent
       6948 Gaines Ridge Road, Columbus, Georgia 31904

YOU ARE HEREBY COMMANDED that, laying all other business aside, your designated representative(s) shall personally be and appear at the Government Center Tower, Ground Floor Conference Room, 100 E. 10th Street, Columbus, Georgia 31901 on **Thursday, February 20, 2020 at 10:00 a.m.** before the officer there present who is duly authorized by law to take your deposition by stenographic means. Your designated representative(s) shall then and there be sworn as a witness to give a deposition on oral examination by counsel for Petitioner pursuant to the entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. §§ 9-11-30(b)(6), 9-11-32, 9-11-34, and 9-11-45, for the purpose of discovery, for the preservation of evidence and testimony to be used at trial, and for all other purposes permitted by law.

The deposition shall be taken pursuant to O.C.G.A. § 9-11-30(b)(6) which requires you to designate one or more officers, directors and/or managing agents to testify on your behalf in regard to the matters set forth in Exhibit "A" hereto. You are further required to prepare the designated deponent(s) so that such person(s) can give complete, knowledgeable, and binding answer on

- 5 -

behalf of Kosha, LLC. Your designated deponent(s) shall testify as to the matters known or reasonably available to you in regard to the documents, authenticity, and subject matter of the topics listed in Exhibit "A" hereto. If for any reason this deposition cannot be commenced, or if commenced, cannot be concluded on that day, the deposition will continue daily at the same time and place until completed.

YOU ARE FURTHER COMMANDED to produce the documents set forth in the "Schedule of Documents to be Produced" on Exhibit "A" attached hereto on or before **5:00 pm** on **Tuesday, February 18, 2020** to Petitioner's counsel, Kevin L. Ward, Esq., at Schulten Ward Turner & Weiss, LLP, 260 Peachtree Street NW, Suite 2700, Atlanta, Georgia 30303.   Said production may be by electronic mail to k.ward@swtwlaw.com at your option.

ISSUED, this 11th day of February 2020.

**SCHULTEN WARD TURNER & WEISS, LLP**

*/s/ Kevin L. Ward*
Kevin L. Ward, Georgia Bar No. 737020
Ida Sassani, Georgia Bar No. 755953
*Counsel for Petitioner*

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Facsimile)
k.ward@swtwlaw.com
i.sassani@swtwlaw.com

## EXHIBIT "A"

### DEFINITIONS

As used in this request, the following words shall be defined as follows:

1. "Person" means any natural person, corporation, limited liability company, partnership, proprietorship, association, organization or group of persons.

2. "Document" means every writing or record of every type and description that is or has been in your possession, control, and/or custody, or of which you have knowledge, including, but not limited to, correspondence, letters, emails, electronic mail, electronic messages, facsimiles, exact copies, duplications, reproductions, communications, messages, memos, memoranda, tapes, stenographic notes, handwritten notes, notes, notebooks, diaries, papers, work papers, annotations, books, authorities, treatises, studies, surveys, reports, reviews, evaluations, assessments, examinations, investigations, appraisals, analyses, statements, descriptions, articles, graphs, grids, tables, charts, spreadsheets, worksheets, databases, contracts, statements, settlement statements, agreements, books, publications, pamphlets, estimates, invoices, payment receipts, logs, plans, plats, pictures, diagrams, sketches, drawings, photographs, videos, DVDs, CDs, calendars, desk calendars, computed disks, tapes, voice or other recording and computer records or other data compilations from which information can be obtained and translated.  The term "document" is used herein in the broadest possible sense contemplated by any and all applicable court rules, and shall include, without limitation, drafts, duplicates, printouts, mark-ups, copies, print screens, and all handwritten, typewritten, electronically printed, recorded, taped, graphic, machine readable, computer generated, computer accessed or other material, of whatever nature and in whatever form, including all non-identical copies thereof and all copies bearing any notation or mark not found on the original.

3. "You" and/or "your" means Kosha, LLC, its directors, officers, agents, attorneys, affiliates, subsidiaries, divisions, partners, parents, predecessors, successors, joint venturers, employees, representatives, and any and all other persons acting for, purporting to act for, or subject to the control of the entity, or its subsidiaries, parents, predecessors or successors.

4. "Dlugolenski" shall refer to Debra Vaughn Dlugolenski a/k/a Debbie Dlugolenski a/k/a Debbie Dlugolenski Alford and each and every person acting on her behalf.

5. "Alford" shall refer to Clarence Dean Alford and each and every person acting on his behalf.

6. "Allied Energy" shall refer to Allied Energy Services, LLC and each and every person acting on its behalf.

7. "Augusta Waste-to-Energy" shall refer to Augusta Waste-to-Energy, LLC and each and every person acting on its behalf.

8. "Augusta Waste-to-Management" shall refer to Augusta Waste-to-Management, LLC and each and every person acting on its behalf.

9. "Augusta Project" shall refer to that certain municipal solid waste recovery and conversion plant to be located on the site of the Augusta-Richmond County, Georgia landfill.

10. "Kosha Litigation" shall refer to that lawsuit styled *Kosha, LLC, et al. v. Clarence Dean Alford, et al.*, United States District Court, Middle District of Georgia, Case No. 4:19-cv-00172-CDL.

11. "Complaint" shall refer to the Complaint filed on October 18, 2019 in the Kosha Litigation.

12. "Kosha Plaintiffs" shall refer to the forty (40) plaintiffs who initiated the Kosha Litigation, either collectively or individually.

- 8 -

### 30(B)(6) DEPOSITION TOPICS

1.     Any and all communications between you and Dlugolenski from January 1, 2016 to present.

2.     Any representations made by or purporting to be from Dlugolenski relating to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, the Augusta Project and/or any solar energy or waste-to-energy projects.

3.     Any evidence you have from any source that Dlugolenski had knowledge of loans being made by you and/or any of the Kosha Plaintiffs to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, or any entity you know or believe to be affiliated with Alford.

4.     Any evidence you have or are aware of that "Debbie Dlugolenski Alford had knowledge of and assisted Dean Alford in perpetration of the scheme to defraud" you as alleged in paragraph 44 of the Complaint.

5.     Any claims you have or plan to assert against the assets of Alford.

6.     Any claims you have or plan to assert against the assets of Dlugolenski and the factual basis for those claims.

7.     Any claims you have or plan to assert against the marital assets of Dlugolenski and Alford and the factual basis for those claims.

### SCHEDULE OF DOCUMENTS TO BE PRODUCED

Please produce the following:

1.     Any and all written communications between you and Dlugolenski from January 1, 2016 to present.

- 9 -

2.   Any and all documents containing or referencing representations made by or purporting to
be from Dlugolenski relating to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-
to-Management, the Augusta Project and/or any solar energy or waste-to-energy projects.

3.   Any and all documents from any source that show or evidence that Dlugolenski had
knowledge of loans being made by you and/or any of the Kosha Plaintiffs to Allied Energy,
Augusta Waste-to-Energy, Augusta Waste-to-Management, or any entity you know or
believe to be affiliated with Alford.

4.   Any and all documents that evidence that "Debbie Dlugolenski Alford had knowledge of
and assisted Dean Alford in perpetration of the scheme to defraud" you as alleged in
paragraph 44 of the Complaint.

5.   Any and all documents which support any claims you have or plan to assert against the
assets of Alford.

6.   Any and all documents which support any claims you have or plan to assert against the
assets of Dlugolenski.

7.   Any and all documents which support any claims you have or plan to assert against the
marital assets of Dlugolenski and Alford.

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
PUTNAM COUNTY, GEORGIA

SUCV2019000231

FEB 11, 2020 04:23 PM

*Sheila H. Perry*
Sheila Perry, Clerk
Putnam County, Georgia

**IN THE SUPERIOR COURT OF PUTNAM COUNTY
STATE OF GEORGIA**

DEBRA VAUGHN DLUGOLENSKI,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　　　)　　　CIVIL ACTION FILE
　　　　　　　　　　　　　　　　　)　　　NO. 2019CV231
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
CLARENCE DEAN ALFORD,　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Respondent.　　　　　　　　)
_____)

## <u>PETITIONER'S NOTICE OF 30(B)(6) DEPOSITION DUCES TECUM TO
NON-PARTY SHAMIL MANAGEMENT GROUP, LLC</u>

TO:　　Shamil Management Group, LLC
　　　　c/o Parul P. Patel, Registered Agent
　　　　5059 Hawks Ridge Drive, Columbus, Georgia 31904

　　　　PLEASE TAKE NOTICE that, pursuant to the provisions of the entire Georgia Civil

Practice Act, including, but not limited to, O.C.G.A. §§ 9-11-30(b)(6), 9-11-32, 9-11-34, and 9-

11-45, Petitioner Debra Vaughn Dlugolenski ("Petitioner") will take the deposition of a Rule

30(b)(6) representative of SHAMIL MANAGEMENT GROUP, LLC at the Government Center

Tower, Ground Floor Conference Room, 100 E. 10th Street, Columbus, Georgia 31901 on

**Thursday, February 20, 2020 at 1:00 p.m.,** before an officer there present who is duly authorized

by law to administer oaths and will be recorded by stenographic means.  The deposition shall be

taken pursuant to the entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. §

9-11-30(b)(6) and O.C.G.A. § 9-11-45, for the purpose of discovery, for the preservation of

evidence and testimony to be used at trial, and for all other purposes permitted by law.

　　　　Shamil Management Group, LLC shall designate one or more officers, directors and/or

managing agents to testify on its behalf in regard to the matters set forth in Exhibit "A" of the

enclosed Subpoena.  Shamil Management Group, LLC is further required to prepare the designated

deponent(s) so that such person(s) can give complete, knowledgeable, and binding answer on behalf of Shamil Management Group, LLC. The designated deponent(s) shall testify as to the matters known or reasonably available in regard to the documents, authenticity, and subject matter of the topics listed in Exhibit "A" of the enclosed Subpoena. If for any reason this deposition cannot be commenced, or if commenced, cannot be concluded on that day, the deposition will continue daily at the same time and place until completed.

Shamil Management Group, LLC is further required to produce the documents set forth in the "Schedule of Documents to be Produced" on Exhibit "A" of the enclosed Subpoena on or before **5:00 p.m.** on **Tuesday, February 18, 2020** to Petitioner's counsel, Kevin L. Ward, Esq., at Schulten Ward Turner & Weiss, LLP, 260 Peachtree Street NW, Suite 2700, Atlanta, Georgia 30303.

This 11th day of February 2020.

**SCHULTEN WARD TURNER & WEISS, LLP**

*/s/ Kevin L. Ward*
Kevin L Ward, Georgia Bar No. 737020
Ida Sassani, Georgia Bar No. 755953
*Counsel for Petitioner*

260 Peachtree Street, NW, Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Office
(404) 688-6840 Facsimile
k.ward@swtwlaw.com
i.sassani@swtwlaw.com

**IN THE SUPERIOR COURT OF PUTNAM COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| DEBRA VAUGHN DLUGOLENSKI, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION FILE |
| | ) | NO. 2019CV231 |
| v. | ) | |
| | ) | |
| CLARENCE DEAN ALFORD, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day caused a true and correct copy of the above and foregoing **Petitioner's Notice of 30(b)(6) Deposition Duces Tecum to Non-Party Shamil Management Group, LLC** and attached **Subpoena to Shamil Management Group, LLC for Rule 30(b)(6) Deposition and for the Production of Documents** to be served upon counsel for Respondent by statutory electronic service and by filing same with the Clerk of Court using the PeachCourt system which provides automatic notice to:

Marcy A. Hanks, Esq.
Foster Hanks & Ballard
302 North Broad Street
P.O. Box 710
Monroe, Georgia 30655
hanks@fhblawfirm.com

and upon the following by Federal Express, overnight delivery, at the following address:

Shamil Management Group, LLC
c/o Parul P. Patel, Registered Agent
5059 Hawks Ridge Drive
Columbus, Georgia 31904
*Tracking No. 7777 4256 7948*

[*signature on following page*]

- 3 -

So certified, this 11th day of February 2020.

SCHULTEN WARD TURNER & WEISS, LLP

/s/ Kevin L. Ward
Kevin L. Ward, Georgia Bar No. 737020

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)
k.ward@swtwlaw.com

**IN THE SUPERIOR COURT OF PUTNAM COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| DEBRA VAUGHN DLUGOLENSKI, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION FILE |
| | ) | NO. 2019CV231 |
| v. | ) | |
| | ) | |
| CLARENCE DEAN ALFORD, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## SUBPOENA TO NON-PARTY SHAMIL MANAGEMENT GROUP, LLC FOR RULE 30(b)(6) DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS

TO:     Shamil Management Group, LLC
        c/o Parul P. Patel, Registered Agent
        5059 Hawks Ridge Drive, Columbus, Georgia 31904

YOU ARE HEREBY COMMANDED that, laying all other business aside, your designated representative(s) shall personally be and appear at the Government Center Tower, Ground Floor Conference Room, 100 E. 10th Street, Columbus, Georgia 31901 on **Thursday, February 20, 2020 at 1:00 p.m.** before the officer there present who is duly authorized by law to take your deposition by stenographic means.  Your designated representative(s) shall then and there be sworn as a witness to give a deposition on oral examination by counsel for Petitioner pursuant to the entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. §§ 9-11-30(b)(6), 9-11-32, 9-11-34, and 9-11-45, for the purpose of discovery, for the preservation of evidence and testimony to be used at trial, and for all other purposes permitted by law.

The deposition shall be taken pursuant to O.C.G.A. § 9-11-30(b)(6) which requires you to designate one or more officers, directors and/or managing agents to testify on your behalf in regard to the matters set forth in Exhibit "A" hereto.  You are further required to prepare the designated deponent(s) so that such person(s) can give complete, knowledgeable, and binding answer on

behalf of Shamil Management Group, LLC. Your designated deponent(s) shall testify as to the matters known or reasonably available to you in regard to the documents, authenticity, and subject matter of the topics listed in Exhibit "A" hereto. If for any reason this deposition cannot be commenced, or if commenced, cannot be concluded on that day, the deposition will continue daily at the same time and place until completed.

YOU ARE FURTHER COMMANDED to produce the documents set forth in the "Schedule of Documents to be Produced" on Exhibit "A" attached hereto on or before **5:00 pm** on **Tuesday, February 18, 2020** to Petitioner's counsel, Kevin L. Ward, Esq., at Schulten Ward Turner & Weiss, LLP, 260 Peachtree Street NW, Suite 2700, Atlanta, Georgia 30303.  Said production may be by electronic mail to k.ward@swtwlaw.com at your option.

ISSUED, this 11th day of February 2020.

**SCHULTEN WARD TURNER & WEISS, LLP**

*/s/ Kevin L. Ward*
Kevin L. Ward, Georgia Bar No. 737020
Ida Sassani, Georgia Bar No. 755953
*Counsel for Petitioner*

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Facsimile)
k.ward@swtwlaw.com
i.sassani@swtwlaw.com

## EXHIBIT "A"

### DEFINITIONS

As used in this request, the following words shall be defined as follows:

1. "Person" means any natural person, corporation, limited liability company, partnership, proprietorship, association, organization or group of persons.

2. "Document" means every writing or record of every type and description that is or has been in your possession, control, and/or custody, or of which you have knowledge, including, but not limited to, correspondence, letters, emails, electronic mail, electronic messages, facsimiles, exact copies, duplications, reproductions, communications, messages, memos, memoranda, tapes, stenographic notes, handwritten notes, notes, notebooks, diaries, papers, work papers, annotations, books, authorities, treatises, studies, surveys, reports, reviews, evaluations, assessments, examinations, investigations, appraisals, analyses, statements, descriptions, articles, graphs, grids, tables, charts, spreadsheets, worksheets, databases, contracts, statements, settlement statements, agreements, books, publications, pamphlets, estimates, invoices, payment receipts, logs, plans, plats, pictures, diagrams, sketches, drawings, photographs, videos, DVDs, CDs, calendars, desk calendars, computed disks, tapes, voice or other recording and computer records or other data compilations from which information can be obtained and translated.  The term "document" is used herein in the broadest possible sense contemplated by any and all applicable court rules, and shall include, without limitation, drafts, duplicates, printouts, mark-ups, copies, print screens, and all handwritten, typewritten, electronically printed, recorded, taped, graphic, machine readable, computer generated, computer accessed or other material, of whatever nature and in whatever form, including all non-identical copies thereof and all copies bearing any notation or mark not found on the original.

- 7 -

3. "You" and/or "your" means Shamil Management Group, LLC, its directors, officers, agents, attorneys, affiliates, subsidiaries, divisions, partners, parents, predecessors, successors, joint venturers, employees, representatives, and any and all other persons acting for, purporting to act for, or subject to the control of the entity, or its subsidiaries, parents, predecessors or successors.

4. "Dlugolenski" shall refer to Debra Vaughn Dlugolenski a/k/a Debbie Dlugolenski a/k/a Debbie Dlugolenski Alford and each and every person acting on her behalf.

5. "Alford" shall refer to Clarence Dean Alford and each and every person acting on his behalf.

6. "Allied Energy" shall refer to Allied Energy Services, LLC and each and every person acting on its behalf.

7. "Augusta Waste-to-Energy" shall refer to Augusta Waste-to-Energy, LLC and each and every person acting on its behalf.

8. "Augusta Waste-to-Management" shall refer to Augusta Waste-to-Management, LLC and each and every person acting on its behalf.

9. "Augusta Project" shall refer to that certain municipal solid waste recovery and conversion plant to be located on the site of the Augusta-Richmond County, Georgia landfill.

10. "Kosha Litigation" shall refer to that lawsuit styled *Kosha, LLC, et al. v. Clarence Dean Alford, et al.,* United States District Court, Middle District of Georgia, Case No. 4:19-cv-00172-CDL.

11. "Complaint" shall refer to the Complaint filed on October 18, 2019 in the Kosha Litigation.

12. "Kosha Plaintiffs" shall refer to the forty (40) plaintiffs who initiated the Kosha Litigation, either collectively or individually.

### 30(B)(6) DEPOSITION TOPICS

1.  Any and all communications between you and Dlugolenski from January 1, 2016 to present.

2.  Any representations made by or purporting to be from Dlugolenski relating to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, the Augusta Project and/or any solar energy or waste-to-energy projects.

3.  Any evidence you have from any source that Dlugolenski had knowledge of loans being made by you and/or any of the Kosha Plaintiffs to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, or any entity you know or believe to be affiliated with Alford.

4.  Any evidence you have or are aware of that "Debbie Dlugolenski Alford had knowledge of and assisted Dean Alford in perpetration of the scheme to defraud" you as alleged in paragraph 44 of the Complaint.

5.  Any claims you have or plan to assert against the assets of Alford.

6.  Any claims you have or plan to assert against the assets of Dlugolenski and the factual basis for those claims.

7.  Any claims you have or plan to assert against the marital assets of Dlugolenski and Alford and the factual basis for those claims.

### SCHEDULE OF DOCUMENTS TO BE PRODUCED

Please produce the following:

1.  Any and all written communications between you and Dlugolenski from January 1, 2016 to present.

2.      Any and all documents containing or referencing representations made by or purporting to be from Dlugolenski relating to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, the Augusta Project and/or any solar energy or waste-to-energy projects.

3.      Any and all documents from any source that show or evidence that Dlugolenski had knowledge of loans being made by you and/or any of the Kosha Plaintiffs to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, or any entity you know or believe to be affiliated with Alford.

4.      Any and all documents that evidence that "Debbie Dlugolenski Alford had knowledge of and assisted Dean Alford in perpetration of the scheme to defraud" you as alleged in paragraph 44 of the Complaint.

5.      Any and all documents which support any claims you have or plan to assert against the assets of Alford.

6.      Any and all documents which support any claims you have or plan to assert against the assets of Dlugolenski.

7.      Any and all documents which support any claims you have or plan to assert against the marital assets of Dlugolenski and Alford.

⬟ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
PUTNAM COUNTY, GEORGIA

**SUCV2019000231**

FEB 11, 2020 04:23 PM

*Sheila H. Perry*
Sheila Perry, Clerk
Putnam County, Georgia

**IN THE SUPERIOR COURT OF PUTNAM COUNTY**
**STATE OF GEORGIA**

DEBRA VAUGHN DLUGOLENSKI,  )
                            )
    Petitioner,              )    CIVIL ACTION FILE
                            )    NO. 2019CV231
v.                          )
                            )
CLARENCE DEAN ALFORD,       )
                            )
    Respondent.              )
_____ )

## PETITIONER'S NOTICE OF 30(B)(6) DEPOSITION DUCES TECUM TO NON-PARTY SWAMISHAKTI, LLC

TO:    Swamishakti, LLC
        c/o Jatin Pithadia, Registered Agent
        17 Pinecreek Drive, Columbus, Georgia 31904

PLEASE TAKE NOTICE that, pursuant to the provisions of the entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. §§ 9-11-30(b)(6), 9-11-32, 9-11-34, and 9-11-45, Petitioner Debra Vaughn Dlugolenski ("Petitioner") will take the deposition of a Rule 30(b)(6) representative of SWAMISHAKTI, LLC at the Government Center Tower, Ground Floor Conference Room, 100 E. 10th Street, Columbus, Georgia 31901 on **Thursday, February 20, 2020 at 3:00 p.m.,** before an officer there present who is duly authorized by law to administer oaths and will be recorded by stenographic means.  The deposition shall be taken pursuant to the entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. § 9-11-30(b)(6) and O.C.G.A. § 9-11-45, for the purpose of discovery, for the preservation of evidence and testimony to be used at trial, and for all other purposes permitted by law.

Swamishakti, LLC shall designate one or more officers, directors and/or managing agents to testify on its behalf in regard to the matters set forth in Exhibit "A" of the enclosed Subpoena. Swamishakti, LLC is further required to prepare the designated deponent(s) so that such person(s)

can give complete, knowledgeable, and binding answer on behalf of Swamishakti, LLC. The designated deponent(s) shall testify as to the matters known or reasonably available in regard to the documents, authenticity, and subject matter of the topics listed in Exhibit "A" of the enclosed Subpoena. If for any reason this deposition cannot be commenced, or if commenced, cannot be concluded on that day, the deposition will continue daily at the same time and place until completed.

Swamishakti, LLC is further required to produce the documents set forth in the "Schedule of Documents to be Produced" on Exhibit "A" of the enclosed Subpoena on or before **5:00 p.m**. on **Tuesday, February 18, 2020** to Petitioner's counsel, Kevin L. Ward, Esq., at Schulten Ward Turner & Weiss, LLP, 260 Peachtree Street NW, Suite 2700, Atlanta, Georgia 30303.

This 11th day of February 2020.

**SCHULTEN WARD TURNER & WEISS, LLP**

*/s/ Kevin L. Ward*
Kevin L Ward, Georgia Bar No. 737020
Ida Sassani, Georgia Bar No. 755953
*Counsel for Petitioner*

260 Peachtree Street, NW, Suite 2700
Atlanta, Georgia 30303
(404) 688-6800 Office
(404) 688-6840 Facsimile
k.ward@swtwlaw.com
i.sassani@swtwlaw.com

- 2 -

**IN THE SUPERIOR COURT OF PUTNAM COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| DEBRA VAUGHN DLUGOLENSKI, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION FILE |
| | ) | NO. 2019CV231 |
| v. | ) | |
| | ) | |
| CLARENCE DEAN ALFORD, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused a true and correct copy of the above and foregoing **Petitioner's Notice of 30(b)(6) Deposition Duces Tecum to Non-Party Swamishakti, LLC** and attached **Subpoena to Swamishakti, LLC for Rule 30(b)(6) Deposition and for the Production of Documents** to be served upon counsel for Respondent by statutory electronic service and by filing same with the Clerk of Court using the PeachCourt system which provides automatic notice to:

> Marcy A. Hanks, Esq.
> Foster Hanks & Ballard
> 302 North Broad Street
> P.O. Box 710
> Monroe, Georgia 30655
> hanks@fhblawfirm.com

and upon the following by Federal Express, overnight delivery, at the following address:

> Swamishakti, LLC
> c/o Jatin Pithadia, Registered Agent
> 17 Pinecreek Drive
> Columbus, Georgia 31904
> *Tracking No. 7777 4243 2984*

[*signature on following page*]

- 3 -

So certified, this 11th day of February 2020.

SCHULTEN WARD TURNER & WEISS, LLP

*/s/ Kevin L. Ward*
Kevin L. Ward, Georgia Bar No. 737020

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Fax)
k.ward@swtwlaw.com

## IN THE SUPERIOR COURT OF PUTNAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| DEBRA VAUGHN DLUGOLENSKI, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION FILE |
| | ) | NO. 2019CV231 |
| v. | ) | |
| | ) | |
| CLARENCE DEAN ALFORD, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### SUBPOENA TO NON-PARTY SWAMISHAKTI, LLC FOR
### RULE 30(b)(6) DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS

TO:     Swamishakti, LLC
        c/o Jatin Pithadia, Registered Agent
        17 Pinecreek Drive, Columbus, Georgia 31904

YOU ARE HEREBY COMMANDED that, laying all other business aside, your designated representative(s) shall personally be and appear at the Government Center Tower, Ground Floor Conference Room, 100 E. 10th Street, Columbus, Georgia 31901 on **Thursday, February 20, 2020 at 3:00 p.m.** before the officer there present who is duly authorized by law to take your deposition by stenographic means.  Your designated representative(s) shall then and there be sworn as a witness to give a deposition on oral examination by counsel for Petitioner pursuant to the entire Georgia Civil Practice Act, including, but not limited to, O.C.G.A. §§ 9-11-30(b)(6), 9-11-32, 9-11-34, and 9-11-45, for the purpose of discovery, for the preservation of evidence and testimony to be used at trial, and for all other purposes permitted by law.

The deposition shall be taken pursuant to O.C.G.A. § 9-11-30(b)(6) which requires you to designate one or more officers, directors and/or managing agents to testify on your behalf in regard to the matters set forth in Exhibit "A" hereto.  You are further required to prepare the designated deponent(s) so that such person(s) can give complete, knowledgeable, and binding answer on

- 5 -

behalf of Swamishakti, LLC. Your designated deponent(s) shall testify as to the matters known or reasonably available to you in regard to the documents, authenticity, and subject matter of the topics listed in Exhibit "A" hereto. If for any reason this deposition cannot be commenced, or if commenced, cannot be concluded on that day, the deposition will continue daily at the same time and place until completed.

YOU ARE FURTHER COMMANDED to produce the documents set forth in the "Schedule of Documents to be Produced" on Exhibit "A" attached hereto on or before **5:00 pm** on **Tuesday, February 18, 2020** to Petitioner's counsel, Kevin L. Ward, Esq., at Schulten Ward Turner & Weiss, LLP, 260 Peachtree Street NW, Suite 2700, Atlanta, Georgia 30303.  Said production may be by electronic mail to k.ward@swtwlaw.com at your option.

ISSUED, this 11th day of February 2020.

**SCHULTEN WARD TURNER & WEISS, LLP**

*/s/ Kevin L. Ward*
Kevin L. Ward, Georgia Bar No. 737020
Ida Sassani, Georgia Bar No. 755953
*Counsel for Petitioner*

Schulten Ward Turner & Weiss, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Facsimile)
k.ward@swtwlaw.com
i.sassani@swtwlaw.com

- 6 -

## EXHIBIT "A"

### DEFINITIONS

As used in this request, the following words shall be defined as follows:

1. "Person" means any natural person, corporation, limited liability company, partnership, proprietorship, association, organization or group of persons.

2. "Document" means every writing or record of every type and description that is or has been in your possession, control, and/or custody, or of which you have knowledge, including, but not limited to, correspondence, letters, emails, electronic mail, electronic messages, facsimiles, exact copies, duplications, reproductions, communications, messages, memos, memoranda, tapes, stenographic notes, handwritten notes, notes, notebooks, diaries, papers, work papers, annotations, books, authorities, treatises, studies, surveys, reports, reviews, evaluations, assessments, examinations, investigations, appraisals, analyses, statements, descriptions, articles, graphs, grids, tables, charts, spreadsheets, worksheets, databases, contracts, statements, settlement statements, agreements, books, publications, pamphlets, estimates, invoices, payment receipts, logs, plans, plats, pictures, diagrams, sketches, drawings, photographs, videos, DVDs, CDs, calendars, desk calendars, computed disks, tapes, voice or other recording and computer records or other data compilations from which information can be obtained and translated.  The term "document" is used herein in the broadest possible sense contemplated by any and all applicable court rules, and shall include, without limitation, drafts, duplicates, printouts, mark-ups, copies, print screens, and all handwritten, typewritten, electronically printed, recorded, taped, graphic, machine readable, computer generated, computer accessed or other material, of whatever nature and in whatever form, including all non-identical copies thereof and all copies bearing any notation or mark not found on the original.

3. "You" and/or "your" means Swamishakti, LLC, its directors, officers, agents, attorneys, affiliates, subsidiaries, divisions, partners, parents, predecessors, successors, joint venturers, employees, representatives, and any and all other persons acting for, purporting to act for, or subject to the control of the entity, or its subsidiaries, parents, predecessors or successors.

4. "Dlugolenski" shall refer to Debra Vaughn Dlugolenski a/k/a Debbie Dlugolenski a/k/a Debbie Dlugolenski Alford and each and every person acting on her behalf.

5. "Alford" shall refer to Clarence Dean Alford and each and every person acting on his behalf.

6. "Allied Energy" shall refer to Allied Energy Services, LLC and each and every person acting on its behalf.

7. "Augusta Waste-to-Energy" shall refer to Augusta Waste-to-Energy, LLC and each and every person acting on its behalf.

8. "Augusta Waste-to-Management" shall refer to Augusta Waste-to-Management, LLC and each and every person acting on its behalf.

9. "Augusta Project" shall refer to that certain municipal solid waste recovery and conversion plant to be located on the site of the Augusta-Richmond County, Georgia landfill.

10. "Kosha Litigation" shall refer to that lawsuit styled *Kosha, LLC, et al. v. Clarence Dean Alford, et al.,* United States District Court, Middle District of Georgia, Case No. 4:19-cv-00172-CDL.

11. "Complaint" shall refer to the Complaint filed on October 18, 2019 in the Kosha Litigation.

12. "Kosha Plaintiffs" shall refer to the forty (40) plaintiffs who initiated the Kosha Litigation, either collectively or individually.

### 30(B)(6) DEPOSITION TOPICS

1.    Any and all communications between you and Dlugolenski from January 1, 2016 to present.

2.    Any representations made by or purporting to be from Dlugolenski relating to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, the Augusta Project and/or any solar energy or waste-to-energy projects.

3.    Any evidence you have from any source that Dlugolenski had knowledge of loans being made by you and/or any of the Kosha Plaintiffs to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, or any entity you know or believe to be affiliated with Alford.

4.    Any evidence you have or are aware of that "Debbie Dlugolenski Alford had knowledge of and assisted Dean Alford in perpetration of the scheme to defraud" you as alleged in paragraph 44 of the Complaint.

5.    Any claims you have or plan to assert against the assets of Alford.

6.    Any claims you have or plan to assert against the assets of Dlugolenski and the factual basis for those claims.

7.    Any claims you have or plan to assert against the marital assets of Dlugolenski and Alford and the factual basis for those claims.

### SCHEDULE OF DOCUMENTS TO BE PRODUCED

Please produce the following:

1.    Any and all written communications between you and Dlugolenski from January 1, 2016 to present.

2.      Any and all documents containing or referencing representations made by or purporting to be from Dlugolenski relating to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, the Augusta Project and/or any solar energy or waste-to-energy projects.

3.      Any and all documents from any source that show or evidence that Dlugolenski had knowledge of loans being made by you and/or any of the Kosha Plaintiffs to Allied Energy, Augusta Waste-to-Energy, Augusta Waste-to-Management, or any entity you know or believe to be affiliated with Alford.

4.      Any and all documents that evidence that "Debbie Dlugolenski Alford had knowledge of and assisted Dean Alford in perpetration of the scheme to defraud" you as alleged in paragraph 44 of the Complaint.

5.      Any and all documents which support any claims you have or plan to assert against the assets of Alford.

6.      Any and all documents which support any claims you have or plan to assert against the assets of Dlugolenski.

7.      Any and all documents which support any claims you have or plan to assert against the marital assets of Dlugolenski and Alford.