# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| KOSHA, LLC; NITIN R. DESAI; BHAVNA N. DESAI; SHANKAR THIRUPPATHI; SWAMISHAKTI, LLC; MALINI RADHAKRISHNAN; VRAJ MANOJ PATEL; ASHKA MANOJ PATEL; LAKSHMANA KROTTAPALLI; VENKATACHALAM KANNAPPAN; HEMA RAJU & SAAS, LLC; PUJA CHEBROLU; GUATAM CHEBROLU; RANI CHEBROLU; SANTHI ADIGOPULA; MAY PARTNERS, LLC; ARIYAPROPERTIES, LLC; VENKAT SUNIL CHENNUR; CRANE PROPERTIES, LLC; VEENA HARISH; SURESH NUKALA; SEJAL PATEL; SRINIVASA PATHAKAMURI; VINAYAK RAMANATH; PIYUSH PATEL; SHAMIL MANAGEMENT P.C.; AMIRTHALINGADOSS SHANMUGAVELU; KURUDI H. MURALIDHAR; SAMHITHA MEDATIA; DOSTI 2019 LLC; FERDINAND ALCAIDE; RAJENDRAN ALAPPAN, RAJEEV CHAUHAN; TAMORIE SMITH; VIBHUTI ANSAR; DYNAMIC W2E 12, LLC; DYNAMIC AES, LLC; SACHIN PHADE AS GUARDIAN AND NEXT FRIEND OF AMIYA PHADE; SACHIN PHADE AS GUARDIAN AND NEXT FRIEND OF ANISHA PHADE; and VIJAYKUMAR PHADE,<br>    Plaintiffs,<br>v.<br>CLARENCE DEAN ALFORD; DAN ALFORD; DEBRA VAUGHN DLUGOLENSKI; ALLIED ENERGY SERVICES, LLC; STEPHEN LEPLEY; THE LEPLEY GROUP AKA PROFIT ADVISORS LLC; JITENDRA GANDHI; AUGUSTA WASTE TO ENERGY, LLC, and FICTITIOUS PARTIES 1-98,<br>    Defendants. | No. 4:19-cv-172 (CDL) |

# **SCHEDULING ORDER**

1. **Complaint:**

    Filed October 18, 2019; amended February 20, 2020.

2. **Answer:**

    a. Defendant Clarence Dean Alford filed his answer on January 20, 2020; amended answer filed March 5, 2020.

    b. Defendant Dan Alford filed his answer on November 26, 2019.

    c. Defendant Allied Services, LLC filed its answer on November 21, 2019.

    d. Defendant Debra Dlugolenski filed her Second Motion to Dismiss on April 17, 2020.

    e. Defendant Stephen Lepley filed his Motion to Dismiss on April 21, 2020. No answer filed.

    f. Defendant The Lepley Group filed its Motion to Dismiss on April 21, 2020. No answer filed.

    g. Defendant Jitendra Gandhi filed his Motion to Dismiss on April 21, 2020. No answer filed.

3. Lead Counsel:

Plaintiffs:
Andrew P. Campbell
CAMPBELL PARTNERS, LLC
505 20th Street North
Suite 1600
Birmingham, AL 35203
Tel: 205.224.0751
andy@campbellpartnerslaw.com

Defendant Clarence Dean Alford
JAMES C. EIDSON, Esq.
401 Rusmor Street
Orange Park, FL 32073
Telephone: (904) 990-8080
james@eidsonlawfirm.com

Defendant Dlugolenski
Kevin Ward
SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
k.ward@swtwlaw.com

Defendants Gandhi, Lepley and The Lepley Group
John Konvalinka
Grant Konvalinka & Harrison, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
T: (423) 756-8400

Defendant Dan Alford
Brant A. Jackson, Attorney at Law, LLC
10 Glenlake Parkway, NE
South Tower, Suite 130
Sandy Springs, GA 30328-3495
678-222-3499 (O)
brant@bjacksonlawgroup.com

4. **Discovery Plan.** The Parties propose the following discovery plan.

a. Discovery will be needed with respect to the facts and circumstances underlying Plaintiffs' claims and Defendants' defenses.

### i. Witnesses' Identifications and Estimated Costs

The parties likely cannot schedule or conduct in-person depositions for some period of time as the COVID-19 pandemic is ongoing, and the parties have, seemingly, agreed that virtual depositions are not likely viable in this case given the number of parties and issues.

b. All non-expert discovery commenced in time to be completed by **March 1, 2021**.

5. **Initial Disclosures.** The Parties will exchange initial disclosures as required by Rule 26(a)(1) no later than twenty-one (21) days after filing the Rule 26 report herein. Dlugolenski, Gandhi, Lepley and The Lepley Group object to providing initial disclosures at this time. See Fed. R. Civ. P. 26(1)(C). These Defendants submit that, in the interests of judicial economy, they should be relieved of the obligation to provide initial disclosures or further participate in discovery until the Court has ruled upon motions to dismiss. BY THE COURT: Dlugolenski, Gandhi, Lepley and The Lepley Group shall not be required to serve their initial disclosures or further participate in discovery unless the Court denies their motions to dismiss.

6. The Parties may retain experts under Rule 26(a)(2). In the event the Parties retain experts, Plaintiff's expert report is due on **March 30, 2021** and Defendant's expert report is due on **May 14, 2021**.

7. *Daubert* motions are due June 4, 2021 and any responses thereto are due on June 18, 2021.

8. **By the Court:** the Court understands that the parties should be ready for trial by July 23, 2021 and that they expect the trial to take ten days. When the Court issues its notice of pretrial conference, the Court will notify the parties of the trial term during which this case will be tried and will set a deadline for witness lists, exhibit lists, and other pretrial disclosures.

9. **Discovery Limits.**

   a. A maximum of **25** interrogatories by any party to any other party. Responses are due **30** days after service, unless an extension is requested by the party served and granted by the serving party.

   b. A maximum of 10 requests for production of documents by any party to any other party. Responses are due **30** days after service, unless an extension is requested by the party served and granted by the serving party.

   c. A maximum of **15** requests for admission by any party to any other party. This limit does not apply to requests for admissions to authenticate documents, for which there shall be no maximum number. Responses are due **30** days after

service, unless an extension is requested by the party served and granted by the serving party.

  d.  Unless agreed to by the parties or on order of the Court, a maximum of **10** non-party depositions by any party.

  e. Each deposition shall be limited to a maximum of **seven** hours, excluding breaks, unless extended by agreement of parties or on order of the Court. The limit on the number of depositions does not include the deposition of a witness, who will be unavailable for trial, taken for the purpose of perpetuating the witnesses' testimony at trial in this matter, does not include the taking of the deposition of a witness whose affidavit has been submitted in support of a dispositive motion, and does not include a party.

  10. All potentially dispositive motions must be filed by **June 1, 2021**.

  11. The Parties do not anticipate that an electronically stored information ("ESI") protocol agreement will be needed.

  12. **Other items:**

  a. The Parties have confirmed that they are correctly named in the pleadings.

  b. Participation in an Alternative Dispute Resolution Plan is unlikely to assist in settlement at this time. As discovery progresses, the parties will reevaluate this issue.

c. The Parties are working on a Protective Order governing the production and handling of documents in this lawsuit and plan to file a joint motion for entry of a protective order in the near future.

Respectfully submitted,

/s/ Andrew P. Campbell
Andrew P. Campbell
(*Admitted PHV*)
*Counsel for Plaintiffs*

Yawanna N. McDonald (*Admitted PHV*)
(ASB 9372-B58T)
Erin G. Godwin (*Admitted PHV*)
**CAMPBELL PARTNERS, LLC**
505 20th Street North
Suite 1600
Birmingham, AL 35203
Tel: 205.224.0756
Fax: 205.383.2646
andy@campbellpartnerslaw.com
yawanna@campbellpartnerslaw.com
erin@campbellpartnerslaw.com

Augusta S. Dowd (*Admitted PHV*) (ASB-5274-D58A)
J. Mark White (*Admitted PHV*) (ASB-5029-H66J)
Linda Flippo (*Admitted PHV*) (ASB-0358-F66L)
**WHITE ARNOLD & DOWD, P.C.**
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
adowd@whitearnolddowd.com
mwhite@whitearnolddowd.com
lflippo@whitearnolddowd.com

S. Lester Tate, III (GA 698835)

**Akin & Tate Attorneys**
11 S Public Square
Cartersville, GA 30120
lester@akin-tate.com
770-382-0780

*s/Brant Jackson*
*Counsel for Dan Alford*

Brant A. Jackson, Attorney at Law, LLC
10 Glenlake Parkway, NE
South Tower, Suite 130
Sandy Springs, GA 30328-3495
678-222-3499 (O)
678-829-1492 (F)
brant@bjacksonlawgroup.com

*/s/ James C. Eidson*
*Counsel for Clarence Dean Alford*

JAMES C. EIDSON, Esq.
401 Rusmor Street
Orange Park, FL 32073
Telephone: (904) 990-8080
Facsimile: (904) 990-1768
james@eidsonlawfirm.com

*/s/ Kevin L. Ward*
Kevin L. Ward
Andrea L. Pawlak
Ida Sassani
*Counsel for Debra Dlugolenski*

SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)

404-688-6840 (Fax)
k.ward@swtwlaw.com
a.pawlak@swtwlaw.com
i.sassani@swtwlaw.com

/s/ John Konvalinka
John Konvalinka
Counsel for Gandhi,
Lepley, and The Lepley
Group

John Konvalinka
Thomas M. Gautreaux, Esq.
Grant Konvalinka & Harrison, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
T: (423) 756-8400
F: (423) 756-6518

Ordered this 24th day of April, 2020.

S/Clay D. Land
Clay D. Land
Chief United States District Judge

9