IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KOSHA, LLC; et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    CV: 4:19-cv-00172-CDL |
| | ) |
| CLARENCE DEAN ALFORD; et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
OF CERTAIN DEFENDANTS**

COME NOW Plaintiffs Kosha, LLC; Nitin R. Desai; Bhavna N. Desai; Shankar Thiruppathi; Swamishakti, LLC; Malini Radhakrishnan; Vraj Manoj Patel; Ashka Manoj Patel; Lakshmana Krottapalli; Venkatachalam Kannappan; Hema Raju & Saas, LLC; Puja Chebrolu; Guatam Chebrolu; Rani Chebrolu; Santhi Adigopula; May Partners, LLC; Ariyaproperties, LLC; Venkat Sunil Chennur; Crane Properties, LLC; Veena Harish; Suresh Nukala; Sejal Patel; Srinivasa Pathakamuri; Vinayak Ramanath; Piyush Patel; Shamil Management P.C.; Amirthalingadoss Shanmugavelu; Kurudi H. Muralidhar; Samhitha Medatia; Dosti 2019 LLC; Ferdinand Alcaide; Rajendran Alappan; Rajeev Chauhan; Tamorie Smith; Vibhuti Ansar; Dynamic W2E 12, LLC; Dynamic AES, LLC; Sachin Phade as Guardian and Next Friend of Amiya Phade; Sachin Phade as Guardian and Next Friend of Anisha Phade; and Vijaykumar Phade (collectively "Plaintiffs"), and Defendants Debra Vaughn Dlugolenski; Dan Alford; Stephen Lepley; The Lepley Group (a/k/a Profit Advisors LLC); and Jitendra Gandhi (collectively "Certain Defendants"), by and through their respective counsel, and jointly stipulate to the dismissal with prejudice of all claims that Plaintiffs have asserted against Certain Defendants, with the agreement that Certain Defendants release any and all potential claims or counterclaims Certain Defendants

1

may assert against Plaintiffs in this case or future litigation related in any way to this case and with all parties to bear their own costs.

Pursuant to this joint stipulation, Plaintiffs and Certain Defendants request the Court grant dismissal with prejudice of the claims described herein, with each party to bear its own costs.

This 7th day of July, 2022.

Respectfully submitted,

*/s/ Andrew P. Campbell*
Andrew P. Campbell
(*Admitted PHV*) (ASB-1555-L40A)
*Counsel for Plaintiffs*

Yawanna N. McDonald (*Admitted PHV*) (ASB 9372-B58T)
Erin G. Godwin (*Admitted PHV*) (ASB 7966-B14D)
**CAMPBELL PARTNERS, LLC**
505 20th Street North, Suite 1600
Birmingham, AL 35203
Tel: 205.224.0756
andy@campbellpartnerslaw.com
yawanna@campbellpartnerslaw.com
erin@campbellpartnerslaw.com

Augusta S. Dowd (*Admitted PHV*) (ASB-5274-D58A)
J. Mark White (*Admitted PHV*) (ASB-5029-H66J)
Linda Flippo (*Admitted PHV*) (ASB-0358-F66L)
**WHITE ARNOLD & DOWD, P.C.**
2025 Third Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 323-1888
adowd@whitearnolddowd.com
mwhite@whitearnolddowd.com
lflippo@whitearnolddowd.com

S. Lester Tate, III (GA 698835)
**AKIN & TATE ATTORNEYS**
P.O. Box 878
Cartersville, GA 30120
lester@akin-tate.com
770-382-0780

                                                       */s/ Kevin L. Ward*
                                                       Kevin L. Ward (GBN 737020)
                                                       *Counsel for Debra Vaugh*
                                                       *Dlugolenski*

Andrea L. Pawlak (GBN 142541)
**SCHULTEN WARD TURNER &**
**WEISS, LLP**
260 Peachtree Street, N.W., Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
k.ward@swtwlaw.com
a.pawlak@swtwlaw.com

                                                       */s/ J. Scott McDearman*
                                                       J. Scott McDearman (BPR #012174)
                                                       *Counsel for Jitendra Gandhi,*
                                                       *Stephen Lepley and Profit Advisors*
                                                       *LLC d/b/a The Lepley Group*

Thomas M. Gautreaux
J. Scott McDearman (BPR #012174)
**GRANT KONVALINKA & HARRISON, P.C.**
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900
T: (423) 756-8400
jkonvalinka@gkhpc.com
tgautreaux@gkhpc.com
smcdearman@gkhpc.com

                                                       */s/ Brant A. Jackson*
                                                       Brant A. Jackson ((GBN 386075)
                                                       *Counsel for Dan Alford,*
                                                       *Allied Energy Services, LLC, and*
                                                       *Augusta Waste to Energy, LLC*

Brant A. Jackson
**BRANT A. JACKSON, ATTORNEY AT LAW, LLC**
10 Glenlake Parkway, NE
South Tower, Suite 130
Sandy Springs, GA 30328-3495
678-222-3499 (O)
brant@bjacksonlawgroup.com

**Certificate of Service**

     I do hereby certify that on this 7th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other parties. Additionally, *pro se* parties were emailed the foregoing.


Clarence Dean Alford
ID# 1003000614
Coweta County State Prison
101 Selt Roads
Newnan, GA 30263-1247
deanalford@mindspring.com


                                               */s/ Andrew P. Campbell*
                                               OF COUNSEL