IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KOSHA, LLC, et al., | * |
| Plaintiffs, | * |
| v. | *   Case No. 4:19-CV-172 (CDL) |
| CLARENCE DEAN ALFORD, et al., | * |
| Defendants. | * |

## **JUDGMENT**

Pursuant to this Court's Orders dated December 14, 2020, and August 4, 2022, and for the reasons stated therein, JUDGMENT is hereby entered as follows:

(a) In favor of Plaintiff Kurudi H. Muralidhar against Defendant Clarence Dean Alford in the amount of $32,155.00;

(b) In favor of Plaintiff Samhitha Medatia against Defendant Clarence Dean Alford in the amount of $64,850.00;

(c) In favor of Plaintiff Dynamic AES, LLC against Defendant Clarence Dean Alford in the amount of $674,146.23; and

(d) In favor of Plaintiff Dynamic W2E, LCC against Defendant Clarence Dean Alford in the amount of $1,698,441.68.

All other claims in this action are dismissed. The above-named Plaintiffs shall recover the costs of this action, and interest on this judgment shall accrue at the rate of 3.01%.

This 4th day of August, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk