IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KOSHA, LLC, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| V. : | CASE NO. 4:19-CV-172 (CDL) |
| : | |
| CLARENCE DEAN ALFORD, et al., : | |
| : | |
| Defendants. : | |

## CERTIFICATION

This is to certify that I have this date reissued and had processed and mailed US Treasury check #4039 42727245 as follows pursuant to Order dated December 6, 2022, and filed as document number 144 in this case:

Campbell Partners, LLC          $5,088.24
50520th Street North
Suite 1600
Birmingham, AL   35203

This 15th day of December, 2022.

s/Kari Dobson

Kari Dobson
Financial Specialist